UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PI/Res. Carlita Blanco & Prof. Douglas Besharov

(MSC-Settlement)

Write the full name of each plaintiff.

-against-

FR-6700-N-2019
Authority to Accept Unsolicited Proposals for

Partnerships Grant (HUD Validated)

Write the full name of each defendant. The names listed
above must be identical to those contained in Section I.

**26 CV 0983**

(Include case number if one has been
assigned)

Do you want a jury trial?

☒ Yes    ☐ No

## EMPLOYMENT DISCRIMINATION COMPLAINT

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with
the court should therefore *not* contain: an individual's full social security number or full birth
date; the full name of a person known to be a minor; or a complete financial account number. A
filing may include *only*: the last four digits of a social security number; the year of an individual's
birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule
of Civil Procedure 5.2.

Rev. 3/24/17

## I.    PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Carlita                                    Blanco

First Name            Middle Initial        Last Name

5 Lincoln Avenue

Street Address

Bronx                                New York            10454

County, City                         State              Zip Code

646-504-3291                         cblanco@agbstrategicservices.org

Telephone Number                     Email Address (if available)

### B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:        HUD Authority to Accept Unsolicited Proposals for Partnerships Grant (HUD Validated)

                    Name

                    Address where defendant may be served

                    County, City                  State            Zip Code

Defendant 2:        _____

                    Name

                    Address where defendant may be served

                    County, City                  State            Zip Code

Defendant 3:

_____
Name

_____
Address where defendant may be served

_____
County, City                    State                    Zip Code

## II.    PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

Initial States New York, Atlanta , California (Development for 50 States) (Complex Blacks)
_____
Name

5 Lincoln Avenue, 524
_____
Address

_____
County, City                    State                    Zip Code

## III.    CAUSE OF ACTION

### A.  Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☒    **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☐   race:          _____

☒   color:         _____

☒   religion:      Tribal _____

☐   sex:           _____

☐   national origin:  _____

☐ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

My race is: _____

☒ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

I was born in the year:    **1980**_____

☒ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

My disability or perceived disability is: _____

☒ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

My disability or perceived disability is: _____

☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

B. **Other Claims**

In addition to my federal claims listed above, I assert claims under:

☒ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☐ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☒ Other (may include other relevant federal, state, city, or county law):
**Attached is full report**_____

## IV. STATEMENT OF CLAIM

### A. Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

- ☐ did not hire me
- ☐ terminated my employment
- ☒ did not promote me
- ☒ did not accommodate my disability
- ☒ provided me with terms and conditions of employment different from those of similar employees
- ☒ retaliated against me
- ☒ harassed me or created a hostile work environment
- ☒ other (specify): Inter-agency financial abuse, public humiiation, parental abuse

violation of my tenant rights, women rights, workers rights, disability exploitation, modern day slavery et al

### B. Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you. Additionally inter-courts tampering with cases and manipulating motion and verdicts.

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

## V.    ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

☒ Yes (Please attach a copy of the charge to this complaint.)

When did you file your charge? _____

☐ No

Have you received a Notice of Right to Sue from the EEOC?

☐ Yes (Please attach a copy of the Notice of Right to Sue.)

What is the date on the Notice? _____

When did you receive the Notice? _____

☐ No

## VI.    RELIEF

The relief I want the court to order is (check only those that apply):

☒ direct the defendant to hire me

☐ direct the defendant to re-employ me

☒ direct the defendant to promote me

☒ direct the defendant to reasonably accommodate my religion

☒ direct the defendant to reasonably accommodate my disability

☒ direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here)

WE WANT THIS SETTLEMNT IN A SEALED GRANT FORMAT DETAILING

RESEARCH CRITERIA, NOTARIZED AND BLESS BY RABBI OR PRIEST FOR

CONTINUITY OF YOUR SUSTAINED COMPLEX DEVELOPMENT AND MAINTENANCE OTHER

FORMATS ACCEPTED INCLUDING INTERGOVERMENTAL, COPPERATIVE, DISCRETIONARY
AGREEMENTS

## VII.    PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 02-02-2026 | | |
|---|---|---|
| Dated | Plaintiff's Signature | |
| Carlita | | Blanco |
| First Name | Middle Initial | Last Name |
| 5 Lincoln Avenue | | |
| Street Address | | |
| Bronx | New York | 10454 |
| County, City | State | Zip Code |
| 64650432191 | cblanco@agbstrategicservices.org | |
| Telephone Number | Email Address (if available) | |

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☒ Yes    ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

## REPORT TO THE

## HONORABLE JUDGES IN SOUTHERN DISTRICT COURTS'

### REGARDING UNPAID WAGES CLAIM etc.

Principal Investigator
Researcher
Sub-contractor

## I. INTRODUCTION

This report is submitted to the Court to provide a comprehensive account of unpaid wages spanning approximately seven (7) years for services as a Principal Investigator at a national foundation located in

Washington, District of Columbia. The claimant has performed substantial professional duties without receiving lawfully owed compensation during this extended period.

This matter involves federally funded grants issued by the United States Department of Housing and Urban Development (HUD) MSC-that were allegedly manipulated, resulting in the systematic deprivation of wages to the claimant despite the availability of designated federal funding for personnel compensation.

## II. CLAIMANT INFORMATION

### Res. Carlita Blanco & Professor Douglas Besharov

1. **Primary Position:** Principal Investigator, Researcher, Regional Sub-Contractor. (C. Blanco)
2. **Primary Employer:** National Foundation, HUD, NYC.gov, Washington, District of Columbia
3. **Federal Pay Scale:** GS-14 Step 10 wage scale (applicable federal compensation level)
4. **Additional Subcontractor Work:** Simultaneously performed research work as subcontractor for Los Angeles jurisdiction during the same period
5. **Contract Structure:** Original contract was 'piggybacked' across multiple regions, expanding scope beyond initial Washington, D.C. jurisdiction
6. **Duration of Unpaid Service:** Approximately seven (7) years for both primary and subcontractor work
7. **Federal Government Involvement:** Administrative deployment with federal government agencies
8. **Prior Legal Actions:** Filed lawsuit for simple wages at GS-14 Step 10 rate, which was subsequently manipulated and dismissed
9. **Jurisdictions:** Washington, District of Columbia; Los Angeles, California; Georgia, and New York State 50 states was implemented later on for Black, and Hispanic communities. (United States Conferences of Mayors Bodies)-(Tribal Government)-(VASH) ⁻Longitudinal Mitigation

## III. NATURE OF EMPLOYMENT

The claimant served in the capacity of Principal Investigator developing Researcher for the respondent foundation, a position typically involving:

• Design, implementation, and oversight of research projects/complex communities, high risk behavioral scrutiny and physical trauma to body.

• Management of foundation initiatives and individualized complex programming

- Compliance with federal and local regulatory requirements
- Professional duties requiring specialized knowledge and expertise

## IV. CIRCUMSTANCES OF NON-PAYMENT

According to the white claimant's account, the failure to receive wages is connected to incomplete, implementation of executive orders affecting certain communities during the community developmental stages, compounded by the alleged manipulation of federal grant funds. Specifically:

### A. Federal Grant Funding

10. **Grant Source:** The United States Department of Housing and Urban Development (HUD) issued validated grants to fund the foundation's work.
11. **Grant Purpose:** These federal grants were designated for community development projects and included funding allocations for personnel compensation, including the claimant's salary as Principal Investigator.
12. **Validated Status:** The grants were properly validated and approved by HUD, indicating that funding was legitimately available and authorized for use.

### B. Alleged Grant Manipulation

13. The claimant alleges that HUD grant funds designated for personnel compensation were manipulated by the foundation.
14. Despite the availability of federal funding specifically allocated for the claimant's wages, no compensation was provided throughout the seven-year period.
15. This alleged manipulation of federal grant funds may constitute not only wage theft under District of Columbia law but also potential federal grant fraud, misappropriation of federal funds, and violations of HUD grant compliance requirements.

### C. Executive Orders and Project Implementation

16. The foundation's work involved implementation of executive orders in designated communities.
17. These executive orders and associated projects were not completed as planned during the community developmental stages.
18. The claimant's work was categorized as being in developmental stages related to community projects.
19. The foundation cited these incomplete projects as justification for non-payment, despite having received federal funding designated for such work.

The claimant continued to perform professional duties throughout this seven-year period despite the absence of wage payments, while federal grant funds that should have been used for compensation remained under the foundation's control.

### D. Los Angeles Subcontractor Work and Cross-Regional Exploitation

During the same seven-year period, the claimant's work scope expanded significantly beyond the original Washington, D.C. foundation contract:

20. **Contract Piggybacking:** The original research contract was 'piggybacked' to extend across multiple jurisdictions, including Los Angeles, California. This practice allowed the foundation to expand the scope of work and leverage the claimant's expertise across regions without establishing separate contractual arrangements or additional compensation.

21. **Los Angeles Subcontractor Status:** The claimant simultaneously performed research work as a subcontractor for Los Angeles jurisdiction, conducting work that should have been separately compensated under California law.
22. **Dual Unpaid Work Streams:** The claimant was simultaneously deprived of wages for both the primary D.C. position and the Los Angeles subcontractor work, effectively doubling the wage theft across two states with different labor law protections.
23. **Exploitation Through Contract Extension:** The piggybacking of contracts across regions represents a systematic scheme to extract maximum labor value from the claimant while avoiding proper compensation obligations in multiple jurisdictions.

## E. Group Exploitation of Federal Administrative Deployment

The wage theft allegations evolved into what the claimant characterizes as organized group exploitation:

24. **Federal Government Administrative Deployment:** The claimant was administratively deployed to work with federal government agencies as part of the research and community development initiatives.
25. **Group Exploitation:** What began as individual wage theft by the foundation allegedly transformed into coordinated group exploitation of the claimant's administrative deployment, involving multiple entities and individuals who benefited from the claimant's unpaid federal government work.
26. **Multi-Party Enrichment:** Multiple parties allegedly enriched themselves through the claimant's federal administrative work while the claimant received no compensation for services rendered to government agencies.

## F. Federal Judge Violation of Homeland Security Non-Disclosure Agreement

The claimant alleges a critical breach of national security protocols:

27. **Homeland Security Non-Disclosure Agreement:** The claimant's work involved classified or sensitive information protected by a Department of Homeland Security (DHS) non-disclosure agreement.
28. **Federal Judge Violation:** A federal judge allegedly violated the terms of the Homeland Security non-disclosure agreement by improperly disclosing, accessing, or disseminating protected information related to the claimant's work.
29. **National Security Implications:** This breach by a federal judicial officer raises serious concerns about compromise of sensitive homeland security information and potential violations of federal security clearance protocols.
30. **Judicial Misconduct:** If substantiated, a federal judge's violation of a DHS non-disclosure agreement would constitute serious judicial misconduct and potentially criminal violations of federal secrecy laws.
31. **Connection to Wage Theft:** The breach of the non-disclosure agreement may be connected to efforts to conceal the wage theft, grant fraud, or exploitation scheme by exposing or compromising the claimant's protected work product and status.

## G. Intergovernmental Retaliation Through Manipulation of Legal Process

The claimant alleges a coordinated pattern of intergovernmental retaliation designed to prevent recovery of wages and inflict harm:

**New York Attorney General Leticia James - Case Manipulation:**

32. **Wage Lawsuit Filed:** The claimant filed a lawsuit for simple wages based on GS-14 Step 10 federal pay scale with the Office of the New York State Attorney General.

33. **Dismissal Without Cause:** Attorney General Leticia James's office allegedly manipulated and dismissed the wage claim without legitimate legal cause, depriving the claimant of a judicial forum to seek redress.

34. **Abuse of Prosecutorial Authority:** The improper dismissal represents an alleged abuse of the Attorney General's authority to interfere with the claimant's access to justice.

### Administration for Children's Services (ACS) Case:

35. **ACS Case Filed:** The claimant filed a case against the New York City Administration for Children's Services.

36. **Dismissal Without Cause:** This case was also dismissed without legitimate legal justification, allegedly through manipulation by state authorities.

### Judge Valarie Pels - Judicial Misconduct:

37. **Misuse of Judicial Power:** Judge Valarie Pels allegedly misused judicial authority to dismiss cases and deny relief as part of the coordinated retaliation scheme.

38. **Coordination with Other Officials:** Judge Pels's actions appear coordinated with Attorney General James and ACS officials.

### Human Trafficking and Emotional Distress:

39. **Child as Leverage:** Government officials-maintained control over the claimant's child while manipulating legal proceedings, using the child as leverage against the mother.

40. **Trafficking Classification:** The claimant characterizes the government's use of the child to coerce the mother as human trafficking under 18 U.S.C. § 1589 (forced labor through coercion) and related federal trafficking statutes.

41. **Intentional Infliction of Emotional Distress:** The coordinated misuse of governmental powers while controlling the claimant's child constitutes intentional infliction of severe emotional and mental distress.

42. **Federal Civil Rights Violations:** These actions implicate 42 U.S.C. § 1983 (deprivation of rights under color of law), § 1985 (conspiracy to interfere with civil rights), and denial of constitutional access to courts.

## V. LEGAL FRAMEWORK

### A. District of Columbia Wage Laws

The District of Columbia maintains comprehensive wage protection laws that apply to this matter:

43. **D.C. Wage Payment and Collection Law:** Requires employers to pay all earned wages to employees according to specified timelines, regardless of project outcomes or funding circumstances.

44. **Wage Theft Prevention Amendment Act:** Provides additional protections against wage theft and establishes penalties for employers who fail to pay earned wages.

45. **Statute of Limitations:** D.C. law provides a three (3) year statute of limitations for wage claims from the date the claim arose.

### B. Fundamental Wage Principles

Under established employment law principles:

46. Employees must be compensated for all work actually performed, regardless of whether the employer's projects are successful or completed.

47. An employer's failure to secure funding, complete projects, or achieve business objectives does not excuse the obligation to pay wages for services rendered.

48. If an employer cannot afford to compensate employees, the proper remedy is to terminate the employment relationship, not to continue accepting services without payment.

49. The incomplete status of executive orders or community development projects does not constitute legal justification for non-payment of wages.

## B-1. California Wage Laws (Los Angeles Subcontractor Work)

The claimant's simultaneous subcontractor work in Los Angeles implicates California's stringent wage and labor laws:

50. **California Labor Code:** California maintains some of the nation's strictest wage theft protections, including immediate payment requirements and substantial penalties.

51. **Waiting Time Penalties (Labor Code § 203):** California law provides for waiting time penalties of one day's wages for each day wages remain unpaid, up to 30 days, potentially adding substantial damages.

52. **Three-Year Statute of Limitations:** California also has a three-year statute of limitations for wage claims, creating parallel timing concerns.

53. **California Labor Commissioner:** Separate wage claims may be filed with the California Division of Labor Standards Enforcement for the Los Angeles subcontractor work.

54. **Multi-State Wage Theft:** The piggybacking of contracts across state lines creates potential liability in both D.C. and California, effectively doubling the legal exposure and remedies available.

## C. Federal Grant Law and Regulations

The alleged manipulation of HUD grant funds implicates multiple federal statutes and regulations:

55. **HUD Grant Compliance:** Recipients of HUD grants must comply with strict regulations governing the use of federal funds, including 2 CFR Part 200 (Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards).

56. **Allowable Costs:** Personnel compensation is generally an allowable and necessary cost under federal grant programs. Failure to use designated funds for approved personnel expenses may constitute misuse of federal funds.

57. **False Claims Act (31 U.S.C. § 3729):** If the foundation submitted false certifications or reports to HUD regarding use of grant funds or personnel expenses, this may constitute violations of the False Claims Act.

58. **Federal Program Fraud (18 U.S.C. § 666):** Misappropriation or misapplication of federal grant funds may constitute federal program fraud, a criminal offense.

59. **Wire Fraud (18 U.S.C. § 1343):** If electronic communications were used in furtherance of a scheme to manipulate federal grant funds, wire fraud statutes may apply.

60. **Mandatory Reporting to HUD OIG:** Suspected fraud, waste, or abuse of HUD funds must be reported to the HUD Office of Inspector General.

## D. Homeland Security and National Security Violations

The alleged violation of the DHS non-disclosure agreement by a federal judge implicates serious national security and judicial misconduct statutes:

61. **DHS Non-Disclosure Agreements:** Homeland Security non-disclosure agreements are binding legal contracts that protect classified, sensitive, or law enforcement-sensitive information from unauthorized disclosure.

62. **Unauthorized Disclosure of Classified Information (18 U.S.C. § 798):** If the disclosed information was classified, unauthorized disclosure constitutes a federal crime regardless of the perpetrator's position.

63. **Disclosure of Confidential Information (18 U.S.C. § 1905):** Federal employees and officials who wrongfully disclose confidential information may be subject to criminal penalties.

64. **Judicial Misconduct Procedures:** Federal judges are subject to the Judicial Conduct and Disability Act (28 U.S.C. §§ 351-364). Violations of non-disclosure agreements and security protocols constitute serious judicial misconduct requiring investigation by the appropriate judicial council.

65. **DHS Office of Inspector General:** Violations of DHS security protocols and non-disclosure agreements must be reported to the DHS OIG for investigation.

66. **Potential Obstruction of Justice:** If the disclosure was intended to interfere with the claimant's legal rights or ongoing investigations, it may constitute obstruction of justice under 18 U.S.C. § 1503.

67. **Security Clearance Revocation:** The federal judge's security clearance status and continued access to classified information should be immediately reviewed.

## VI. LEGAL ANALYSIS

### A. Prima Facie Wage Violation

The facts as presented establish a prima facie case of wage law violation:

68. An employment relationship existed between the claimant and the foundation.

69. The claimant performed substantial professional services as Principal Investigator over a seven-year period.

70. No wages were paid for services rendered during this extended timeframe.

71. The employer's stated rationale relates to project outcomes rather than the value or existence of services performed.

### B. Statute of Limitations Concerns

The Court should note the critical timing issue presented by this case:

Given the three-year statute of limitations under D.C. law for wage claims, the claimant may have already lost the legal right to recover wages earned during years one through four of the seven-year period. Only wages earned within the most recent three years from the date of filing may be recoverable absent extraordinary circumstances such as fraudulent concealment or continuing violation doctrine.

*This represents a significant potential loss to the claimant and underscores the urgency of immediate legal action.*

### C. Federal Grant Fraud and Misappropriation

The allegation that HUD grant funds were manipulated introduces serious federal criminal and civil implications:

72. **Availability of Funds:** If validated HUD grants included personnel funding allocations, the foundation's failure to use those funds for employee compensation while claiming inability to pay wages may constitute intentional misappropriation.

73. **Grant Reporting Violations:** Federal grant recipients must submit regular financial reports to HUD. If the foundation misrepresented how grant funds were used or falsely reported personnel expenses, this constitutes federal grant fraud.
74. **Pattern of Deception:** Seven years of systematic non-payment while receiving federal funds designated for personnel suggests a deliberate scheme rather than financial hardship or administrative error.
75. **Federal Whistleblower Protections:** If the claimant reported concerns about grant misuse to authorities, additional federal whistleblower protection statutes may apply.
76. **HUD Office of Inspector General Jurisdiction:** This matter falls squarely within the investigative jurisdiction of the HUD OIG, which has authority to investigate fraud, waste, and abuse in HUD programs.

## D. Potential Remedies Under D.C. Law

District of Columbia wage laws provide substantial remedies for proven violations:

77. **Unpaid Wages:** Full recovery of all wages earned within the applicable statute of limitations period.
78. **Treble or Quadruple Damages:** D.C. law authorizes awards of up to four times the amount of unpaid wages upon a finding of willful violation.
79. **Attorney's Fees and Costs:** Prevailing employees are entitled to recovery of reasonable attorney's fees and litigation costs.
80. **Interest:** Accrued interest on unpaid wages from the date payment was due.
81. **Civil Penalties:** Additional penalties payable to the District for wage law violations.

## E. Multi-Jurisdictional Exploitation and RICO Implications

The pattern of conduct alleged by the claimant may satisfy elements of racketeering and organized fraud:

82. **Cross-Regional Contract Scheme:** The 'piggybacking' of contracts across jurisdictions (D.C. to Los Angeles) to extract unpaid labor represents a systematic scheme to defraud the claimant of wages in multiple states.
83. **Pattern of Racketeering Activity:** Wire fraud, mail fraud, and federal program fraud committed over seven years across multiple jurisdictions may constitute a pattern of racketeering activity under 18 U.S.C. § 1961 et seq. (RICO).
84. **Enterprise Engaged in Fraud:** If multiple entities coordinated to exploit the claimant's labor and federal deployment, they may constitute an enterprise engaged in racketeering activity.
85. **RICO Civil Remedies:** RICO provides for treble damages and attorney's fees in civil actions, potentially tripling the already substantial wage theft damages.
86. **Interstate Commerce Element:** The movement of contracts and work product between D.C. and California, combined with federal funding, satisfies RICO's interstate commerce requirement.

## VII. ESTIMATED FINANCIAL IMPACT

While specific employment contract terms and salary information have not been provided to this report, the financial magnitude of this claim is extraordinary due to the dual-jurisdiction nature and multiple legal violations:

## A. Base Wage Calculations

87. **GS-14 Step 10 Federal Pay Scale:** The claimant filed for wages at the GS-14 Step 10 level. As of 2025, GS-14 Step 10 base pay is approximately $163,000 annually (varies by locality adjustment).
88. **Washington, D.C. Locality Adjustment:** With D.C. locality pay, GS-14 Step 10 is approximately $194,000 annually.
89. **Los Angeles Locality Adjustment:** With Los Angeles locality pay, GS-14 Step 10 is approximately $191,000 annually for the subcontractor work.
90. **Combined Annual Compensation:** For work in both jurisdictions simultaneously: approximately $385,000 per year.
91. **Seven Years of Unpaid Wages:** $385,000 × 7 years = $2,695,000 in base unpaid wages. However, only three years may be recoverable due to statute of limitations: approximately $1,155,000 in recoverable base wages.

## B. Multiplied Damages

92. **D.C. Quadruple Damages:** If willful violation found, 4x base D.C. wages
93. **California Waiting Time Penalties:** Up to 30 days of wages per violation
94. **RICO Treble Damages:** If RICO applies, additional 3x multiplier on all damages
95. **False Claims Act:** Treble damages plus penalties of $13,946 to $27,894 per false claim submitted to HUD

## C. Total Potential Recovery

### Conservative Estimate (Based on GS-14 Step 10):

96. Base wages (3 years recoverable): $1,155,000
97. D.C. quadruple damages: $4,620,000
98. California penalties: Additional $150,000 to $400,000

### Maximum Estimate (with RICO and Federal Claims):

99. All above damages × 3 (RICO): $13,860,000 to $14,310,000
100. False Claims Act penalties: Additional $500,000 to $2,000,000+
101. Civil Rights damages (§ 1983, § 1985): Compensatory and punitive damages for emotional distress, trafficking, denial of access to courts
102. **Total Maximum Potential: $15,000,000 to $20,000,000+**

### Additional Considerations:

103. Emotional distress damages for child trafficking allegations: Potentially millions in compensatory and punitive damages
104. Punitive damages against individuals (AG James, Judge Pels, ACS officials): Available in civil rights cases

### Critical Limitation:

Statute of limitations remains a critical barrier to full recovery of base wages. However, civil rights claims may have different limitation periods, and equitable tolling may apply given the alleged official obstruction of justice.

## VIII. COLLATERAL CONSEQUENCES

Beyond the unpaid wages themselves, this prolonged period of non-payment has created additional legal and practical complications:

## A. Tax and Social Security Implications

105.     No income tax withholding or reporting appears to have occurred over seven years.

106.     Social Security and Medicare contributions have not been made, potentially affecting the claimant's retirement benefits.

107.     Resolution of this matter will require coordination with federal tax authorities and the Social Security Administration.

## B. Employment Benefits

108.     The claimant may have been deprived of employer-sponsored health insurance, retirement contributions, and other benefits typically provided to employees in similar positions.

109.     Unemployment insurance coverage was likely not maintained, leaving the claimant without safety net protections.

## C. Potential Criminal Implications

### District of Columbia Criminal Violations:

Seven years of systematic non-payment of wages may rise to the level of criminal wage theft under D.C. law. The Office of the Attorney General for the District of Columbia has authority to pursue criminal charges for willful violations of wage payment laws.

### Federal Criminal Violations:

The alleged manipulation of HUD grant funds may constitute multiple federal crimes:

110.     **Theft or Embezzlement from Federal Programs (18 U.S.C. § 666):** Misappropriation of federal grant funds exceeding $5,000.

111.     **Wire Fraud (18 U.S.C. § 1343):** Use of electronic communications in furtherance of fraudulent scheme.

112.     **False Statements (18 U.S.C. § 1001):** Submission of false reports or certifications to HUD regarding grant fund usage.

113.     **Mail Fraud (18 U.S.C. § 1341):** Use of postal service in connection with fraudulent activities.

114.     **Conspiracy (18 U.S.C. § 371):** If multiple individuals were involved in the alleged manipulation.

This matter warrants immediate referral to both the D.C. Attorney General and the HUD Office of Inspector General for criminal investigation. The U.S. Attorney's Office for the District of Columbia may also have prosecutorial jurisdiction over federal crimes.

## IX. CRITICAL NEXT STEPS

Given the severity and urgency of this matter, the following immediate actions are recommended:

### A. Immediate Administrative Filing

File a formal wage claim with the District of Columbia Department of Employment Services, Office of Wage-Hour:

**Contact:** (202) 671-1880
**Address:** 4058 Minnesota Ave. NE, Washington, D.C. 20019
**Email:** [email protected]

### B. Legal Representation

Retain experienced employment counsel specializing in wage and hour litigation in the District of Columbia. Many employment attorneys handle wage theft cases on a contingency fee basis and offer free initial consultations.

**Note:** Given the complexity of this matter and the substantial sums involved, professional legal representation is essential to protect the claimant's rights and maximize recovery.

### C. Document Preservation and Collection

Immediately gather and preserve all relevant documentation:

115. Employment contract or offer letter specifying position and compensation
116. All communications with the foundation regarding employment, duties, and payment
117. Work product, reports, and documentation of duties performed
118. Time records, calendars, and evidence of hours worked
119. Information regarding the executive orders and community projects referenced
120. Any explanations provided by the foundation for non-payment
121. **HUD grant documentation:** Grant award letters, budget documents, financial reports submitted to HUD, and any documentation showing personnel funding allocations
122. **Evidence of grant manipulation:** Any communications, financial records, or documentation suggesting misuse or misapplication of HUD grant funds

### D. Federal Agency Reporting

Given the federal grant fraud allegations, immediate reporting to federal authorities is essential:

**HUD Office of Inspector General (OIG):**

**Hotline:** 1-800-347-3735
**Email:** [email protected]
**Online:** www.hudoig.gov/hotline

**U.S. Attorney's Office for D.C.:**

**Address:** 555 Fourth Street, NW, Washington, DC 20530
**Phone:** (202) 252-7566

### E. Judicial Misconduct and DHS Reporting

The alleged violation of DHS non-disclosure by a federal judge requires immediate reporting to multiple oversight bodies:

**DHS Office of Inspector General:**

**Hotline:** 1-800-323-8603
**Online:** www.oig.dhs.gov/hotline

**Judicial Council Complaint (for judicial misconduct):**

File complaint with the judicial council of the circuit where the federal judge sits under 28 U.S.C. § 351
Contact the Circuit Executive's office for complaint procedures

**FBI Counterintelligence Division:**

Report potential unauthorized disclosure of classified or sensitive national security information

## F. California Labor Commissioner Filing

For the Los Angeles subcontractor work, file a separate wage claim:

**California Division of Labor Standards Enforcement (DLSE)**
**Los Angeles Office:** 320 W. 4th Street, Suite 450, Los Angeles, CA 90013
**Phone:** (213) 620-6330
**Online:** www.dir.ca.gov/dlse/howtofileclaim.htm

## G. New York State Judicial and Attorney General Misconduct

Report misconduct by NY officials who allegedly manipulated cases:

**New York State Commission on Judicial Conduct:**

File complaint against Judge Valarie Pels
**Address:** 61 Broadway, Suite 1200, New York, NY 10006
**Phone:** (646) 386-4800

**New York State Inspector General:**

Report misconduct by Attorney General Leticia James's office
**Hotline:** 1-800-367-4448

**NYC Department of Investigation (for ACS misconduct):**

**Phone:** (212) 825-5959
**Online:** www1.nyc.gov/site/doi/offices/inspector-general-social-services.page

## H. Federal Civil Rights and Trafficking Violations

Report civil rights violations and human trafficking allegations:

**FBI Civil Rights Division:**

Report allegations of trafficking and civil rights conspiracy
**Tips:** tips.fbi.gov or 1-800-CALL-FBI

**U.S. Department of Justice Civil Rights Division:**

**Address:** 950 Pennsylvania Avenue, NW, Washington, DC 20530
**Phone:** (202) 514-4609

**National Human Trafficking Hotline:**

**Hotline:** 1-888-373-7888

## X. LEGAL QUESTIONS REQUIRING CLARIFICATION

To properly evaluate and pursue this claim, the following factual and legal questions must be addressed:

123.     **Contractual Documentation:** Does a written employment contract exist specifying the claimant's salary and terms of employment?

124.     **Payment Expectations:** Was the claimant promised payment that was subsequently withheld, or did the claimant knowingly work without expectation of immediate compensation?

125.     **Employer Status:** Is the foundation still operating and financially solvent, or has it ceased operations?

126.     **Executive Order Specifics:** What executive orders are referenced, and what was their relationship to the claimant's employment and compensation?

127.     **Other Employees:** Are other employees of the foundation similarly affected by non-payment of wages?

128.     **HUD Grant Details:** What specific HUD grants were awarded to the foundation? What were the grant numbers, award amounts, and project periods?

129.     **Personnel Budget Lines:** Did the HUD grant budgets specifically include line items or allocations for the Principal Investigator position and salary?

130.     **Grant Reporting:** What financial reports did the foundation submit to HUD? Did these reports accurately reflect personnel expenditures or falsely claim that wages were paid?

131.     **Fund Disposition:** If personnel funds were not used for wages, where did those grant funds go? Were they redirected to other purposes or individuals?

132.     **Grant Compliance:** Has the foundation been subject to any HUD audits, monitoring visits, or compliance reviews?

133.     **Foundation Leadership:** Who are the foundation's officers, directors, and key decision-makers who controlled grant funds and made personnel decisions?

134.     **Los Angeles Contract Details:** What was the specific nature and scope of the Los Angeles subcontractor work? Were there written agreements or documentation of this arrangement?

135.     **Contract Piggybacking Mechanism:** How was the original D.C. contract extended to Los Angeles? Who approved this expansion and what documentation exists?

136.     **Federal Deployment Details:** Which federal agencies was the claimant deployed to? What was the nature of the administrative work performed?

137.     **Group Exploitation Parties:** Who were the specific individuals and entities involved in the alleged group exploitation scheme?

138.     **DHS Non-Disclosure Agreement:** When was the DHS non-disclosure agreement signed? What level of classification or sensitivity did it cover?

139.     **Federal Judge Identity:** Which federal judge allegedly violated the non-disclosure agreement? In what circuit and district?

140.     **Nature of Disclosure:** What specific information was disclosed? To whom was it disclosed? When did the disclosure occur?

141.     **Connection to Case:** How is the judicial disclosure related to the wage theft and grant fraud? Was it intended to obstruct justice or retaliate?

142.     **Security Clearance Status:** What is the claimant's current security clearance status? Has it been affected by these events?

143.     **NY Wage Case Details:** What was the case number and court for the wage lawsuit filed with NY Attorney General? What was the stated reason for dismissal?

144.     **ACS Case Details:** What was the specific nature of the ACS case? What were the allegations and what happened to the child?

145.     **Judge Pels's Role:** In what capacity did Judge Valarie Pels interact with these cases? What specific actions did she take?

146.    **Timeline of Child Custody:** When did government authorities take custody of the child? How long was the child separated? When was the child returned?

147.    **Evidence of Coordination:** What evidence exists of coordination between NY officials (AG James, Judge Pels, ACS) and the federal/DC officials involved in the wage theft?

148.    **Documentation of Emotional Distress:** Is there medical or psychological documentation of the emotional and mental distress caused by these events?

## XI. POTENTIAL DEFENSES AND COUNTERCLAIMS

The Court should be aware that the respondent foundation may assert various defenses, including:

149.    **Volunteer Status:** The foundation may claim the claimant was a volunteer rather than an employee. However, the title of Principal Investigator and the duration of service strongly suggest an employment relationship.

150.    **Deferred Compensation Agreement:** The foundation may assert that payment was contingent upon project completion or funding receipt. Such agreements, if not properly documented and voluntary, are generally disfavored under wage laws.

151.    **Independent Contractor:** The foundation may claim the claimant was an independent contractor. The facts must be analyzed under applicable legal tests to determine proper classification.

152.    **Statute of Limitations:** The foundation will certainly assert the statute of limitations defense for wages earned more than three years prior to filing.

## XII. CONCLUSION AND RECOMMENDATIONS

This matter presents an extraordinarily complex and serious case involving multiple intersecting legal violations spanning two states and implicating federal grant fraud, wage theft, national security breaches, and judicial misconduct. The allegations, if proven, represent one of the most egregious combinations of employment law violations, federal fraud, and abuse of governmental authority that could come before any court.

**The Scope of Alleged Wrongdoing:**

153.    Seven years of unpaid wages at GS-14 Step 10 in Washington, D.C. ($194,000/year)

154.    Seven years of unpaid subcontractor work in Los Angeles, California ($191,000/year)

155.    Systematic manipulation of validated HUD federal grant funds designated for personnel

156.    Cross-regional contract 'piggybacking' scheme to exploit labor across jurisdictions

157.    Organized group exploitation of federal administrative deployment

158.    Federal judge's alleged violation of Department of Homeland Security non-disclosure agreement

159.    New York Attorney General Leticia James's alleged manipulation and dismissal of wage lawsuit without cause

160.    Judge Valarie Pels's alleged misused her judicial power in coordinated retaliation

161.    Administration for Children's Services case manipulated and dismissed

162.    Use of claimant's child as leverage constituting human trafficking and intentional infliction of emotional distress

This is not merely a wage theft case. It is an alleged multi-state, multi-year conspiracy involving federal grant fraud, obstruction of justice, judicial misconduct, civil rights violations, and human trafficking. The systematic abuse of governmental authority at federal, state, and local levels—spanning from Washington D.C. to California to New York—represents a pattern of racketeering activity under RICO.

The use of a child as leverage to coerce a mother while denying her access to courts and compensation is particularly egregious and may constitute federal trafficking offenses under 18 U.S.C. § 1589 (forced labor through coercion).

The financial stakes are extraordinary. Based on GS-14 Step 10 federal pay scale, conservative estimates suggest potential recovery of $4.6 million in wage damages alone (three years recoverable with quadruple damages). With RICO treble damages, False Claims Act penalties, and civil rights damages for trafficking and emotional distress, total potential recovery could exceed $15 million to $20 million.

We are requesting a Jury or MSC Settlement.

*This report is submitted for the Court's.*

*Respectfully submitted,*

_____

Date: February 2, 2026

**Immediate action across multiple jurisdictions and agencies is not merely advisable—it is absolutely essential to preserve any possibility of justice and recovery.**

**Respectfully Recommended Actions:**

**IMMEDIATE (Within 24-48 Hours):**

163. File wage claim with D.C. Department of Employment Services
164. File wage claim with California Division of Labor Standards Enforcement (Los Angeles)
165. Report HUD grant fraud to HUD Office of Inspector General
166. Report DHS non-disclosure violation to DHS Office of Inspector General
167. Report human trafficking allegations to FBI and National Human Trafficking Hotline
168. Report civil rights violations to DOJ Civil Rights Division

**URGENT (Within One Week):**

169. Retain experienced counsel with expertise in: wage theft, federal grant fraud, RICO, civil rights, human trafficking, and judicial misconduct
170. File judicial misconduct complaint against federal judge with appropriate circuit
171. File judicial misconduct complaint against Judge Valarie Pels with NY Commission on Judicial Conduct
172. Report Attorney General Leticia James to NY State Inspector General
173. Report ACS misconduct to NYC Department of Investigation
174. Preserve and organize all documentation including case files from dismissed NY lawsuits
175. Report to FBI Counterintelligence if classified information was disclosed

**STRATEGIC (Within Two Weeks):**

176. File comprehensive federal civil rights lawsuit under 42 U.S.C. §§ 1983, 1985, 1986
177. Request criminal referrals to U.S. Attorneys in D.C., Southern District of New York, and Central District of California
178. Coordinate with HUD OIG, DHS OIG, and FBI investigations
179. Consider qui tam False Claims Act action for HUD grant fraud
180. File RICO civil action against the enterprise spanning federal, state, and local officials
181. Request preliminary injunction and asset preservation orders
182. File motion to vacate dismissals in NY cases based on fraud upon the court
183. Consider congressional notification and request for oversight hearings on intergovernmental trafficking and civil rights violations

*Insurance Endorsee* (handwritten)

GRANTS.GOV    Applicants    Check Application Status    *Submission Details*

## SUBMISSION DETAILS

« Back

**Submission Details:**

| | |
|---|---|
| Grant Tracking Number: | GRANT14005731 |
| Submission Method: | Workspace – WS01183531 |
| Funding Opportunity Number – Title: | FR-6700-N-USP – FY2023 and FY2024 Authority to Accept Unsolicited Proposals for Research Partnerships |
| Assistance Listings: | 14.506 – General Research and Technology Activity |
| Competition ID – Title: | FR-6700-N-USP – FY2023 and FY2024 Authority to Accept Unsolicited Proposals for Research Partnerships |
| Opportunity Package ID: | PKG00282408 |
| Date/Time Received: | Oct 26, 2023 09:45:56 AM EDT |

| | |
|---|---|
| UEI: | YNTLPNTQH9X8 |
| AOR Name: | Carlita Andrea Blanco 1st |
| Application Filing Name: | Technical Happy Development and Services |
| Requested Amount: | $9,699,220 |
| Agency Tracking Number: | USP24000076 |
| Status: | Validated |
| Status Date/Time: | Oct 26, 2023 09:46:01 AM EDT |

Submission Forms/Attachments Received:

Download ZIP »    Download Full PDF »

| Form Name/Attachment File Name | File Size |
|---|---|
| ▼ FORM: Application for Federal Assistance (SF-424) [V4.0] | |
| SF424_4_0-1234-HUD_REGIONAL_MAP.png | 191.1 KB |
| FORM: HUD Applicant-Recipient Disclosure Report [V4.0] | |
| FORM: Applicant and Recipient Assurances and Certifications (HUD-424B) [V1.0] | |
| FORM: Disclosure of Lobbying Activities (SF-LLL) [V2.0] | |

ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY)**
10/03/2025

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Next First Insurance Agency, Inc.<br>PO Box 60787<br>Palo Alto, CA 94306 | PHONE (A/C, No, Ext): (855) 222-5919 | | FAX (A/C, No): |
| | E-MAIL ADDRESS: support@nextinsurance.com | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A : State National Insurance Company, Inc. | | 12831 |
| **INSURED** | INSURER B : | | |
| Carlita Blanco<br>Amazing Great Beauty of Strategic Services Inc.<br>11539 Hawthorne Blvd<br>Hawthorne, CA 90250 | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES     CERTIFICATE NUMBER: 584261427     REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X **COMMERCIAL GENERAL LIABILITY**<br>     CLAIMS-MADE   X   OCCUR | | X | NXTYFWWF7H-00-GL | 06/10/2025 | 06/10/2026 | EACH OCCURRENCE | $1,000,000.00 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $100,000.00 |
| | | | | | | | MED EXP (Any one person) | $15,000.00 |
| | | | | | | | PERSONAL & ADV INJURY | $1,000,000.00 |
| | GEN'L AGGREGATE LIMIT APPLIES PER:<br> X POLICY   PRO-JECT   LOC<br> OTHER: | | | | | | GENERAL AGGREGATE | $1,000,000.00 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $1,000,000.00 |
| | | | | | | | | $ |
| | **AUTOMOBILE LIABILITY**<br> ANY AUTO<br> OWNED AUTOS ONLY   SCHEDULED AUTOS<br> HIRED AUTOS ONLY   NON-OWNED AUTOS ONLY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | **UMBRELLA LIAB**   OCCUR<br> **EXCESS LIAB**   CLAIMS-MADE<br> DED   RETENTION $ | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY**   Y/N<br> ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?<br> (Mandatory in NH)<br> If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | PER STATUTE   OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**

The Certificate Holder is The Los Angeles County Development Authority (HUD) Authority to Accept Unsolicited Research Partnership Grant. This Certificate Holder is an Additional Insured on the General Liability policy with respect to ongoing operations. This Certificate Holder is an Additional Insured on the General Liability policy with respect to completed operations. General Liability coverage applies for Technology Services operations in California. All Certificate Holder privileges apply only if required by written agreement between the Certificate Holder and the insured, and are subject to policy terms and conditions.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| The Los Angeles County Development Authority (HUD) Authority to Accept Unsolicited Research Partnership Grant<br>Settlement Grantee is Amazing Great Beauty of Strategic Services<br>700 W Main St<br>Alhambra, CA 91801<br><br>LIVE CERTIFICATE<br>Click or scan to view | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE<br>*Ann Ryan* |

© 1988-2015 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03)     The ACORD name and logo are registered marks of ACORD

**Amazing Great Beauty of Strategic Services Inc.**

**Carlita Blanco**

**President/Chief Executive Officer/Community Research Director**

PO Box 8039
New York, NY 10116 US
Cblanco@agbstrategicservices.org
www.uhavenoideas.com


AGB of Strategic Services

Services
Provides
to judges

## PRIVATE INVOICE

BILL TO

Requisition S CFR 1315
Judge Valerie Pels

| | | | INVOICE | 1040 |
| --- | --- | --- | --- | --- |
| | | | DATE | 10/18/2022 |
| | | | TERMS | Net 30 |
| | | | DUE DATE | 10/01/2022 |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| Internal Development Research | Installment | 1 | 2,500.00 | 2,500.00 |
| Re-occurring Usage of Veil Labors & Development | | 8,760 | 21.00 | 183,960.00 |
| Non-Contracted Administrative/ Services/Discretional Development | | 400 | 15.90 | 6,360.00 |

| | | |
| --- | --- | --- |
| SUBTOTAL | | 192,820.00 |
| TAX | | 50,000.00 |
| TOTAL | | 142,820.00 X 2 |
| BALANCE DUE | | **$285,640.00** |

Installment Option Please Scan Below

Amazing Great Beauty of
Strategic Services

### Session
### $9,600.00



Scan to Pay

**Application for Federal Assistance SF-424**

**\* 9. Type of Applicant 1: Select Applicant Type:**

J: Indian/Native American Tribal Government (Other than Federally Recognized)

Type of Applicant 2: Select Applicant Type:

N: Nonprofit without 501C3 IRS Status (Other than Institution of Higher Education)

Type of Applicant 3: Select Applicant Type:

Q: For-Profit Organization (Other than Small Business)

**\* Other (specify):**

**\* 10. Name of Federal Agency:**

US Department of Housing and Urban Development

**11. Catalog of Federal Domestic Assistance Number:**

14.506

CFDA Title:

General Research and Technology Activity

**\* 12. Funding Opportunity Number:**

FR-6700-N-USP

**\* Title:**

FY2023 and FY2024 Authority to Accept Unsolicited Proposals for Research Partnerships

**13. Competition Identification Number:**

FR-6700-N-USP

Title:

FY2023 and FY2024 Authority to Accept Unsolicited Proposals for Research Partnerships

**14. Areas Affected by Project (Cities, Counties, States, etc.):**

| 1234-HUD_REGIONAL_MAP.png | Add Attachment | Delete Attachment | View Attachment |

**\* 15. Descriptive Title of Applicant's Project:**

Douglas Besharov Program Enhancement by Carlita Blanco

Attach supporting documents as specified in agency instructions.

| Add Attachments | Delete Attachments | View Attachments |

OMB Number: 4040-0004
Expiration Date: 11/30/2025

## Application for Federal Assistance SF-424

| * 1. Type of Submission: | * 2. Type of Application: | * If Revision, select appropriate letter(s): |
|---|---|---|
| ☒ Preapplication | ☒ New | |
| ☐ Application | ☒ Continuation | * Other (Specify): |
| ☐ Changed/Corrected Application | ☐ Revision | |

| * 3. Date Received: | 4. Applicant Identifier: |
|---|---|
| 10/26/2023 | |

| 5a. Federal Entity Identifier: | 5b. Federal Award Identifier: |
|---|---|
| | |

**State Use Only:**

| 6. Date Received by State: | 7. State Application Identifier: | NY-06 |
|---|---|---|

**8. APPLICANT INFORMATION:**

* a. Legal Name: AMAZING GREAT BEAUTY OF STRATEGIC SERVICES LLC

| * b. Employer/Taxpayer Identification Number (EIN/TIN): | * c. UEI: |
|---|---|
| 86147-9404 | YNTLPNTQH9X8 |

**d. Address:**

| | |
|---|---|
| * Street1: | 2701 Marion Avenue |
| Street2: | E6 |
| * City: | Bronx |
| County/Parish: | NY |
| * State: | NY: New York |
| Province: | |
| * Country: | USA: UNITED STATES |
| * Zip / Postal Code: | 10458-2000 |

**e. Organizational Unit:**

| Department Name: | Division Name: |
|---|---|
| | Amazing Great Beauty of Scienc |

**f. Name and contact information of person to be contacted on matters involving this application:**

| Prefix: | Researcher | * First Name: | Carlita |
|---|---|---|---|
| Middle Name: | Andrea | | |
| * Last Name: | Blanco | | |
| Suffix: | | | |

Title:

Organizational Affiliation:

AMAZING GREAT BEAUTY OF STRATEGIC SERVICES

| * Telephone Number: | 9145479387 | Fax Number: | |
|---|---|---|---|

* Email: strategicluv@gmail.com

# DISCLOSURE OF LOBBYING ACTIVITIES

Complete this form to disclose lobbying activities pursuant to 31 U.S.C.1352

OMB Number: 4040-0013
Expiration Date: 02/28/2025

**1. * Type of Federal Action:**
- [ ] a. contract
- [X] b. grant
- [ ] c. cooperative agreement
- [ ] d. loan
- [ ] e. loan guarantee
- [ ] f. loan insurance

**2. * Status of Federal Action:**
- [ ] a. bid/offer/application
- [X] b. initial award
- [ ] c. post-award

**3. * Report Type:**
- [X] a. Initial filing
- [ ] b. material change

**4. Name and Address of Reporting Entity:**

[X] Prime   [ ] SubAwardee

* Name: AMAZING GREAT BEAUTY OF STRATEGIC SERVICES

* Street 1: 2701 Marion Avenue     Street 2: Production Unit

* City: New York     State: NY: New York     Zip: 10458

Congressional District, if known: NY-15

**5. If Reporting Entity in No.4 is Subawardee, Enter Name and Address of Prime:**

**6. * Federal Department/Agency:**
HUD

**7. * Federal Program Name/Description:**
General Research and Technology Activity

CFDA Number, if applicable: 14.506

**8. Federal Action Number, if known:**
CFR 1315

**9. Award Amount, if known:**
$ 1,946,220.37

**10. a. Name and Address of Lobbying Registrant:**

Prefix: Miss   * First Name: Carlita   Middle Name:

* Last Name: Blanco   Suffix:

* Street 1: 2701 Marion Avenue   Street 2:

* City: Bronx   State: NY: New York   Zip: 10458

**b. Individual Performing Services** (including address if different from No. 10a)

Prefix: Miss   * First Name: Carlita   Middle Name:

* Last Name: Blanco   Suffix:

* Street 1: 2701 Marion Avenue   Street 2:

* City: Bronx   State: NY: New York   Zip: 10458

11. Information requested through this form is authorized by title 31 U.S.C. section 1352. This disclosure of lobbying activities is a material representation of fact upon which reliance was placed by the tier above when the transaction was made or entered into. This disclosure is required pursuant to 31 U.S.C. 1352. This information will be reported to the Congress semi-annually and will be available for public inspection. Any person who fails to file the required disclosure shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

* Signature: Carlita Andrea Blanco 1st

*Name:   Prefix:   * First Name: BILL   Middle Name:

* Last Name: LANDER   Suffix:

Title:   Telephone No.:   Date: 10/26/2023

**Federal Use Only:**

Authorized for Local Reproduction
Standard Form - LLL (Rev. 7-97)

**Part II Other Government Assistance Provided or Requested / Expected Sources and Use of Funds.**

Such assistance includes, but is not limited to, any grant, loan, subsidy, guarantee, insurance, payment. credit, or tax benefit.

Department/State/Local Agency Name:

    * Government Agency Name:

       Human Resources Administration,

    Government Agency Address:

    * Street1:  2541-2549 Bainbridge

    Street2:

    * City:  Bronx

    County:  New York

    * State:  NY: New York

    * Zip Code:  10458

    * Country:  USA: UNITED STATES

* Type of Assistance: Salary 4.9 yrs    * Amount Requested/Provided: $ 149,220.37

* Expected Uses of the Funds:

    Equal PaY

---

Department/State/Local Agency Name:

    * Government Agency Name:

    Government Agency Address:

    * Street1:

    Street2:

    * City:

    County:

    * State:

    * Zip Code:

    * Country:

* Type of Assistance:    * Amount Requested/Provided: $

* Expected Uses of the Funds:

---

**Note:** Use additional pages if necessary.    Add Attachment  Delete Attachment  View Attachment

Form **HUD-2880** (02/23)

**Part III Interested Parties. You must disclose:**

1. All developers, contractors, or consultants involved in the application for assistance or in the planning, development, or implementation of the project or activity.

| * Alphabetical list of all persons with a reportable financial interest in the project or activity (for individuals, give the last name first) | * Unique Entity ID | * Type of Participation in Project/Activity | * Financial Interest in Project/Activity ($ and %) | |
|---|---|---|---|---|
| | | | $ | % |
| | | | $ | % |
| | | | $ | % |
| | | | $ | % |
| | | | $ | % |

2. Any other person who has a financial interest in the project or activity for which the assistance is sought that exceeds $50,000 or 10 percent of the assistance (whichever is lower).

| * Alphabetical list of all persons with a reportable financial interest in the project or activity (For individuals, give the last name first) | City of Residence | * Type of Participation in Project/Activity | * Financial Interest in Project/Activity ($ and %) | |
|---|---|---|---|---|
| | | | $ | % |
| | | | $ | % |
| | | | $ | % |
| | | | $ | % |
| | | | $ | % |

**Note:** Use additional pages if necessary.    [ Add Attachment ]  [ Delete Attachment ]  [ View Attachment ]

**Certification**

I/We, the undersigned, certify under penalty of perjury that the information provided above is true, correct, and accurate.
Warning: If you knowingly make a false statement on this form, you may be subject to criminal and/or civil penalties under Section 1001 of Title 18 of the United States Code. In addition, any person who knowingly and materially violates any required disclosures of information, including intentional non-disclosure, is subject to civil money penalty not to exceed $10,000 for each violation.

* Signature:
Carlita Andrea  Blanco 1st

* Date: (mm/dd/yyyy)
10/26/2023

Form **HUD-2880** (02/23)

I/We, the undersigned, certify under penalty of perjury that the information provided above is true and correct.

WARNING: Anyone who knowingly submits a false claim or makes a false statement is subject to criminal and/or civil penalties, including confinement for up to 5 years, fines, and civil and administrative penalties. (18 U.S.C. §§287, 1001, 1010, 1012, 1014; 31 U.S.C. §3729, 3802).

*Signature: Carlita Andrea Blanco 1st          *Date: 10/26/2023

Form **HUD-424-B** (02/23)

**Applicant and Recipient Assurances and Certifications**

U.S. Department of Housing and Urban Development

OMB Number: 2501-0017
Expiration Date: 01/31/2026

**Instructions for the HUD-424-B Assurances and Certifications**

As part of your application for HUD funding, you, as the official authorized to sign on behalf of your organization or as an individual, must provide the following assurances and certifications, which replace any requirement to submit an SF-424-B or SF-424-D. The Responsible Civil Rights Official has specified this form for use for purposes of general compliance with 24 CFR §§ 1.5, 3.115, 8.50, and 146.25, as applicable. The Responsible Civil Rights Official may require specific civil rights assurances to be furnished consistent with those authorities and will specify the form on which such assurances must be made. A failure to furnish or comply with the civil rights assurances contained in this form may result in the procedures to effect compliance at 24 CFR §§ 1.8, 3.115, 8.57, or 146.39.

By submitting this form, you are stating that all assertions made in this form are true, accurate, and correct.

As the duly representative of the applicant, I certify that the applicant:

*Authorized Representative Name:

| Prefix: | Researcher | *First Name: | Carlita |
| Middle Name: | | | |
| *Last Name: | Blanco | | |
| Suffix: | | | |

*Title: President, CEO, Researcher, Developer

*Applicant Organization: AMAZING GREAT BEAUTY OF STRATEGIC SERVICES LLC

1. Has the legal authority to apply for Federal assistance, has the institutional, managerial and financial capability (including funds to pay the non-Federal share of program costs) to plan, manage and complete the program as described in the application and the governing body has duly authorized the submission of the application, including these assurances and certifications, and authorized me as the official representative of the application to act in connection with the application and to provide any additional information as may be required.

2. Will administer the grant in compliance with Title VI of the Civil Rights Act of 1964 (42 U.S.C 2000(d)) and implementing regulations (24 CFR part 1), which provide that no person in the United States shall, on the grounds of race, color or national origin, be excluded from participation in, be denied the benefits of, or otherwise be subject to discrimination under any program or activity that receives Federal financial assistance OR if the applicant is a Federally recognized Indian tribe or its tribally designated housing entity, is subject to the Indian Civil Rights Act (25 U.S.C. 1301-1303).

3. Will administer the grant in compliance with Section 504 of the Rehabilitation Act of 1973 (29 U.S.C. 794), as amended, and implementing regulations at 24 CFR part 8, the American Disabilities Act (42 U.S.C. §§ 12101 et.seq.), and implementing regulations at 28 CFR part 35 or 36, as applicable, and the Age Discrimination Act of 1975 (42 U.S.C. 6101-07) as amended, and implementing regulations at 24 CFR part 146 which together provide that no person in the United States shall, on the grounds of disability or age, be excluded from participation in, be denied the benefits of, or otherwise be subjected to discrimination under any program or activity that receives Federal financial assistance; except if the grant program authorizes or limits participation to designated populations, then the applicant will comply with the nondiscrimination requirements within the designated population.

4. Will comply with the Fair Housing Act (42 U.S.C. 3601-19), as amended, and the implementing regulations at 24 CFR part 100, which prohibit discrimination in housing on the basis of race, color, religion sex (including gender identity and sexual orientation), disability, familial status, or national origin and will affirmatively further fair housing; except an applicant which is an Indian tribe or its instrumentality which is excluded by statute from coverage does not make this certification; and further except if the grant program authorizes or limits participation to designated populations, then the applicant will comply with the nondiscrimination requirements within the designated population.

5. Will comply with all applicable Federal nondiscrimination requirements, including those listed at 24 CFR §§ 5.105(a) and 5.106 as applicable.

6. Will comply with the acquisition and relocation requirements of the Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970, as amended (42 U.S.C. 4601) and implementing regulations at 49 CFR part 24 and, as applicable, Section 104(d) of the Housing and Community Development Act of 1974 (42 U.S.C. 5304(d)) and implementing regulations at 24 CFR part 42, subpart A.

7. Will comply with the environmental requirements of the National Environmental Policy Act (42 U.S.C. 4321 et.seq.) and related Federal authorities prior to the commitment or expenditure of funds for property.

8. That no Federal appropriated funds have been paid, or will be paid, by or on behalf of the applicant, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, and officer or employee of Congress, or an employee of a Member of Congress, in connection with the awarding of this Federal grant or its extension, renewal, amendment or modification. If funds other than Federal appropriated funds have or will be paid for influencing or attempting to influence the persons listed above, I shall complete and submit Standard Form-LLL, Disclosure Form to Report Lobbying. I certify that I shall require all subawards at all tiers (including sub-grants and contracts) to similarly certify and disclose accordingly. Federally recognized Indian Tribes and tribally designated housing entities (TDHEs) established by Federally-recognized Indian tribes as a result of the exercise of the tribe's sovereign power are excluded from coverage by the Byrd Amendment, but State-recognized Indian tribes and TDHs established under State law are not excluded from the statute's coverage.

## Application for Federal Assistance SF-424

**16. Congressional Districts Of:**

*a. Applicant   GA-005          *b. Program/Project   14026

Attach an additional list of Program/Project Congressional Districts if needed.

|  | Add Attachment | Delete Attachment | View Attachment |

**17. Proposed Project:**

*a. Start Date:   12/20/2019          *b. End Date:   07/27/2023

**18. Estimated Funding ($):**

| *a. Federal | 300,000.00 |
| *b. Applicant | 250,000.00 |
| *c. State | 5,000,000.00 |
| *d. Local | 1,000,000.00 |
| *e. Other | 149,220.37 |
| *f. Program Income | 3,000,000.00 |
| *g. TOTAL | 9,699,220.37 |

**19. Is Application Subject to Review By State Under Executive Order 12372 Process?**

☐ a. This application was made available to the State under the Executive Order 12372 Process for review on [          ].

☒ b. Program is subject to E.O. 12372 but has not been selected by the State for review.

☐ c. Program is not covered by E.O. 12372.

**20. Is the Applicant Delinquent On Any Federal Debt?  (If "Yes," provide explanation in attachment.)**

☐ Yes      ☒ No

If "Yes", provide explanation and attach

|  | Add Attachment | Delete Attachment | View Attachment |

**21. *By signing this application, I certify (1) to the statements contained in the list of certifications** and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances** and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims may subject me to criminal, civil, or administrative penalties. (U.S. Code, Title 18, Section 1001)**

☒ ** I AGREE

** The list of certifications and assurances, or an internet site where you may obtain this list, is contained in the announcement or agency specific instructions.

**Authorized Representative:**

| Prefix: | Researcher | *First Name: | Carlita |
| Middle Name: | | | |
| *Last Name: | Blanco | | |
| Suffix: | | | |

*Title:   President, CEO, Researcher, Developer

*Telephone Number:   9145479387          Fax Number:

*Email:   strategicluv@gmail.com

*Signature of Authorized Representative:   Carlita Andrea Blanco 1st          *Date Signed:   10/26/2023

**Applicant/Recipient Disclosure/Update Report**

U.S. Department of Housing and Urban Development

OMB Number: 2501-0017
Expiration Date: 01/31/2026

---

**Applicant/Recipient Information**  * UEI Number: YNTLPNTQH9X8    * Report Type: UPDATE

1. Applicant/Recipient Name, Address, and Phone (include area code):

   * Applicant Name: AMAZING GREAT BEAUTY OF STRATEGIC SERVICES LLC
   * Street1: 2701 Marion Avenue
   Street2: E6
   * City: Bronx
   County: NY
   * State: NY: New York
   * Zip Code: 10458-2000
   * Country: USA: UNITED STATES
   * Phone: 9145479387

2. Employer ID Number (do not include individual social security numbers): 86147-9404

* 3. HUD Program Name:

   General Research and Technology Activity

* 4. Amount of HUD Assistance Requested/Received: $    300,000.00

5. State the name and location (street address, City and State) of the project or activity:

   * Project Name: Construction Modules TBD
   * Street1: 2701 Marion Avenue
   Street2:
   * City: Bronx
   County: Bronx
   * State: NY: New York
   * Zip Code: 10458
   * Country: USA: UNITED STATES

**Part I Threshold Determinations**

* 1. Are you applying for assistance for a specific project or activity? These terms do not include formula grants, such as public housing operating subsidy or CDBG block grants. For further information see 24 CFR Sec. 4.3.

   ☒ Yes    ☐ No

* 2. Have you received or do you expect to receive assistance within the jurisdiction of the Department (HUD), involving the project or activity in this application, in excess of $200,000 during this fiscal year (Oct. 1-Sep. 30)? For further information, see 24 CFR 4.9.

   ☒ Yes    ☐ No

---

If you answered "No" to either question 1 or 2, **Stop!** You do not need to complete the remainder of this form. However, you must sign the certification at the end of the report.

Form **HUD-2880** (02/23)

RIDER TO CITY SERVICE CONTRACTS PURSUANT TO NYC ADMIN. CODE § 6-145 LABOR PEACE AGREEMENTS FOR HUMAN SERVICES CONTRACTS

**Sec. 1  DEFINITIONS.**

A.  **Building service employee.** The term "building service employee" means any person, the majority of whose employment consists of performing work in connection with the care or maintenance of a building or property, including but not limited to a watchperson, guard, doorperson, building cleaner, porter, handyperson, janitor, gardener, groundskeeper, stationary fireman, elevator operator and starter, or window cleaner.

B.  **City service subcontractor.** The term "city service subcontractor" means any person, including, but not limited to, a temporary services, staffing or employment agency or other similar entity, that pursuant to an agreement with the contractor, performs any of the services to be rendered pursuant to this contract, except that the term "city service subcontractor" shall not include any person who enters into a contract with the contractor the principal purpose of which is to provide supplies, or administrative services, technical support services, or any other similar services to the contractor that do not directly relate to the performance of the human services to be rendered pursuant to this contract. A person shall be deemed a city service subcontractor for the duration of the period during which such person performs such services under this contract.

C.  **Covered employee.** The term "covered employee" means an employee of a covered employer who directly renders human services in performance of this contract, except that the term "covered employee" shall not include any building service employee.

D.  **Covered employer.** The term "covered employer" means the contractor or a city service subcontractor, as applicable.

E.  **Human services.** The term "human services" means social services contracted for by an agency on behalf of third party clients including but not limited to day care, foster care, home care, health or medical services, housing and shelter assistance, preventive services, youth services, the operation of senior centers, employment training and assistance, vocational and educational programs, legal services and recreation programs.

F.  **Labor organization.** The term "labor organization" has the same meaning as set forth in subdivision (5) of section 152 of title 29 of the United States Code.

G.  **Labor peace agreement.** The term "labor peace agreement" means an agreement between a covered employer and a labor organization that seeks to represent employees who perform one or more classes of work to be performed pursuant to this contract, where such agreement: (1) requires that the covered employer and the labor organization and its members agree to the uninterrupted delivery of services to be rendered pursuant to this contract and to refrain from actions intended to or having the effect of interrupting such services; and (2) includes any other terms agreed to by the parties, which may relate to, but need not be limited to: (i) alternate procedures related to recognizing the labor organization for bargaining purposes, (ii) public statements, (iii) workplace access, and (iv) the provision of employee contact information.. For the purposes of this rider, the term "labor peace agreement" may include a collective bargaining agreement that is in effect.

**Sec. 2  RESPONSIBILITIES OF THE CONTRACTOR**

A.  The contractor shall comply with all applicable requirements under Admin. Code § 6-145 and any rules promulgated pursuant thereto. Such requirements constitute a material term of this contract. The contractor's failure to comply with the requirements of Admin. Code § 6-145 may constitute a material

breach by the contractor of the terms of this contract, and such failure shall be determined by the contracting agency.

B.  The contractor shall submit the Labor Peace Agreement Certification pursuant to Admin. Code § 6-145(c), as well as the Labor Peace Agreement Attestation pursuant to NYC Admin. Code § 6-145(b), attached hereto.

C.  If the contractor and/or city service subcontractor receives written notice of such a breach and fails to cure such breach within 30 days of such notice, the City shall have the right to pursue any rights or remedies available under the terms of this contract or under applicable law, including termination of the contract.

D.  If the contractor fails to perform in accordance with any of the requirements of this section and there is a continued need for the service, the contracting agency may (i) obtain from another source the required service as specified in this contract, or any part thereof; (ii) may charge the non-performing contractor for any difference in price resulting from the alternative arrangements; (iii) may assess any administrative charge established by the contracting agency; and (iv) may, as appropriate, invoke such other remedies as are available under the contract and applicable law.

### Sec. 3  LABOR PEACE AGREEMENT CERTIFICATION

A.  Prior to the award or renewal of this contract, the bidder or proposer seeking award or the contractor seeking renewal shall have provided the awarding contracting agency a certification, in the form attached to this rider, containing the following information:

(1)  The name, address and telephone number of the chief executive officer of the bidder or proposer seeking award, or the contractor seeking renewal, as applicable;

(2)  A statement that, if the contract is awarded or renewed, the bidder or proposer seeking award, or the contractor seeking renewal, as applicable, agrees to comply with the requirements of Admin. Code § 6-145, and with all applicable federal, state and local laws; and

(3)  A record of any instances during the preceding five years in which the bidder or proposer seeking award, or the contractor seeking renewal, as applicable, has been found by a court or government agency to have violated federal, state or local laws regulating labor relations, in which any government body initiated a judicial action, administrative proceeding or investigation of the bidder, proposer, or contractor in regard to such laws.

B.  The certification shall be signed under penalty of perjury by an officer of the bidder, proposer, or contractor and shall be annexed to and form a part of the contract.

C.  The contractor shall each year throughout the term of the contract submit to the contracting agency an updated version of the certification required under Admin. Code § 6-145(c), and identify any changes from the previous certification. During the term of this contract, the contractor shall make such certification during the 30-day period following each anniversary of the effective date of this contract.

### Sec. 4  LABOR PEACE AGREEMENTS ATTESTATION

A.  No later than 90 days after the award or renewal of this contract the contractor shall either:

(1)  submit an attestation to the contracting agency, in the form attached to this rider, signed by one or more labor organizations, as applicable, stating that the contractor has entered into or is in the process of negotiating one or more labor peace agreements with such labor organizations as have provided notice pursuant to section (4)(C)(1) of this rider, and identify: (i) the classes of covered employees covered by the labor peace agreements, (ii) the classes of covered employees not currently represented by a labor organization and that no labor organization has sought to represent,

and (iii) the classes of covered employees for which labor peace agreement negotiations have not yet concluded; or

(2)  submit an attestation to the contracting agency stating that the contractor's covered employees are not currently represented by a labor organization and that no labor organization has sought to represent such covered employees by providing notice pursuant to section (4)(C)(1) of this rider.

B.  Where a labor organization seeks to represent the covered employees of the contractor after the expiration of the 90-day period following the award or renewal date of this contract, and the labor organization has provided notice to the contracting agency and the contractor pursuant to section (4)(C) of this rider regarding such interest, the contractor shall then submit an attestation signed by the labor organization to the contracting agency no later than 90 days after the date of notice stating that it has entered into a labor peace agreement with such labor organization or that labor peace agreement negotiations have not yet concluded.

C.  For the purposes of this section:

(1)  notice to the contractor by a labor organization shall  be made in writing by a duly authorized representative of the labor organization  to either (i) the chief executive officer of the contractor; or (ii) the business address or e-mail address provided for in section 14.04 of Appendix A of this contract; and

(2) notice to the contracting agency shall be made in writing by a duly authorized representative of the labor organization to the contracting agency at the physical address or e-mail address provided for in section 14.04 of Appendix A of this contract.

D.  In evaluating any violation of this section or any other provision of this rider or Admin. Code § 6-145, the city shall consider any relevant conduct of a labor organization, the size of the contractor's business, the contractor's good faith efforts to comply with the terms of this rider and Admin. Code § 6-145, the gravity of the violation, the history of previous violations, and the failure to comply with recordkeeping, reporting or other requirements. In considering whether the contractor has exercised good faith efforts in attempting to comply with obligations related to the submission of attestations in compliance with this section, the city shall consider the contractor's documented efforts to negotiate with labor organizations.

E.  Notwithstanding any other provision of this rider, where a class of a contractor's covered employees are covered by a collective bargaining agreement with a labor organization, such contractor is neither required to include any statements in an attestation in regards to labor peace agreements or negotiations relating thereto with any other labor organization with respect to such class of covered employees, nor required to seek such other labor organization's signature on any attestation with respect to such class of covered employees.

## Sec. 5  SUBCONTRACTORS

A. The contractor shall cause its city service subcontractors to comply with Admin. Code § 6-145, as applicable, and include the following provisions and the attached Labor Peace Agreement Attestation in each of its subcontracts with such city service subcontractors, and shall be responsible for collecting subcontractor attestations and providing them to the contracting agency:

Labor Peace Agreements

A. No later than 90 days after the approval by the contracting agency of a city service subcontractor, such city service subcontractor, shall either:

(1) submit an attestation to the contracting agency, through the city service contractor, signed by one or more labor organizations, as applicable, stating that the city service subcontractor has entered into or is in the process of negotiating one or more labor peace agreements with such labor organizations as have provided notice pursuant to subsection (C)(1), and identify: (i) the classes of covered employees covered by the labor peace agreements, (ii) the classes of covered employees not currently represented by a labor organization and that no labor organization has sought to represent, and (iii) the classes of covered employees for which labor peace agreement negotiations have not yet concluded; or

(2) submit an attestation to the contracting agency, through the city service contractor, stating that the city service subcontractor's covered employees are not currently represented by a labor organization and that no labor organization has sought to represent such covered employees by providing notice pursuant to subsection (C)(1).

B. Where a labor organization seeks to represent the covered employees of the city service subcontractor after the 90-day period following the approval of the city service subcontractor, and a labor organization has provided notice to the contracting agency and city service subcontractor pursuant to subsection (C) regarding such interest, the city service subcontractor shall then submit an attestation signed by the labor organization to the contracting agency no later than 90 days after the date of notice stating that it has entered into a labor peace agreement with such labor organization or that labor peace agreement negotiations have not yet concluded.

C. For the purposes of this section:

(1) notice to the city service subcontractor by a labor organization shall be made in writing by a duly authorized representative of the labor organization to either (i) the chief executive officer of such city service subcontractor; or (ii) the business address or e-mail address set forth pursuant to the notice provisions of this city service subcontract; and

(2) notice to the contracting agency shall be made in writing by a duly authorized representative of the labor organization to the contracting agency at the address or e-mail address provided for in section 14.04 of Appendix A of the agreement between the city service contractor and the contracting agency under which this city service subcontract is being performed.

D. In evaluating any violation of this section, the city service contractor shall consider any relevant conduct of a labor organization, the size of the city service subcontractor's business, the city service subcontractor's good faith efforts to comply with the terms of this section and Admin. Code § 6-145, the gravity of the violation, the history of previous violations, and the failure to comply with recordkeeping, reporting or other requirements. In considering whether the city service subcontractor has exercised good faith efforts in attempting to comply with obligations related to the submission of attestations in compliance with this section, the city service contractor shall consider the city service subcontractor's documented efforts to negotiate with labor organizations.

E. Notwithstanding any other provision of this section, where a class of a city service subcontractor's covered employees are covered by a collective bargaining agreement with a labor organization, such city service subcontractor is neither required to include any statements in an attestation in regards to labor peace agreements or negotiations relating thereto with any other labor organization with respect to such class of covered employees, nor required to seek such other labor organization's signature on any attestation with respect to such class of covered employees.

F. The definitions in section 1 to the "Rider to City Service Contracts pursuant to Admin. Code § 6-145 Labor Peace Agreements for Human Services Contracts" to the agreement between the city service contractor and the contracting agency under which this city services subcontract is being performed shall apply to this terms used in section, unless another meaning is clear from context.

**Sec. 6  AWARD DATE**

A. For the purposes of this rider, the date of an award shall be deemed to be the date upon which a contract is signed by both the contractor and the contracting agency.

B. For the purposes of this rider, the date of a renewal shall be deemed to be the date upon which a contract renewal is signed by both the contractor and the contracting agency.

U.S. Department of Housing and Urban Development
OMB Approval No. 2577-0286
Exp. 1/31/2028

## EMERGENCY TRANSFER REQUEST FOR VICTIMS OF
## DOMESTIC VIOLENCE, DATING VIOLENCE, SEXUAL ASSAULT, OR STALKING

*Confidentiality Note:* Any personal information you share in this form will be maintained by your covered housing provider according to the confidentiality provisions below.

**Purpose of Form:** If you are a tenant of housing assisted under a covered housing program, or if you are receiving transitional housing or rental assistance under a covered housing program, you may use this form to request an emergency transfer and certify that you qualify for an emergency transfer under the Violence Against Women Act ("VAWA"). This form refers to domestic violence, dating violence, sexual assault, or stalking as "VAWA violence/abuse."

**VAWA protects individuals and families regardless of a victim's age, sex, or marital status.**

**You may request an emergency transfer when:**

1. You (or a household member) are a victim of VAWA violence/abuse;
2. You expressly request the emergency transfer; **AND**
3. **EITHER**
    a. you reasonably believe that there is a threat of imminent harm from further violence, including trauma, if you (or a household member) stay in the same dwelling unit; **or**
    b. if you (or a household member) are a victim of sexual assault, either you reasonably believe there is a threat of imminent harm from further violence, including trauma, if you (or a household member) stay in the unit, or the sexual assault occurred on the premises and you request an emergency transfer within 90 days (including holidays and weekend days) of when that assault occurred.

A covered housing provider, in response to an emergency transfer request, should not evaluate whether you are in good standing as part of the assessment or provision of an emergency transfer. Whether or not you are in good standing does not impact your ability to request an emergency transfer under VAWA.

However, submitting this form does not necessarily mean that you will receive an emergency transfer. See your covered housing provider's VAWA Emergency Transfer Plan for more information about VAWA emergency transfers and see "Notice of Occupancy Rights Under the Violence Against Women Act," Form HUD-5380, for additional housing rights you may be entitled to.

**Am I required to submit any documentation to my covered housing provider?** Your covered housing provider may request documentation proving that you, or a household member, are a victim of VAWA violence/abuse, in addition to completing this emergency transfer request form. The request can be met by completing and submitting the VAWA Self-certification Form (Form HUD-5382), unless the covered housing provider receives conflicting information about the VAWA violence/abuse. If you have third-party documentation that demonstrates why you are eligible for an emergency transfer, you may, instead, choose to submit that documentation to your covered housing provider. See "Notice of Occupancy Rights Under the Violence Against Women Act," Form HUD-5380, for more information.

**Will my information be kept confidential?** Whenever you ask for or about VAWA protections, your covered housing provider must keep any information you provide about the VAWA violence/abuse or the fact you (or a household member) are a victim, including the information on this form, strictly confidential. This information should be securely and separately kept from your other tenant files. This information can only be accessed by an employee/agent of your covered housing provider if (1) access is required for a specific reason, (2) your covered housing provider explicitly authorizes that person's access for that reason, **and** (3) the authorization complies with applicable law. This information will not be given to anyone else or put in a database shared with anyone else, unless your covered housing provider (1) gets your written permission to do so for a limited time, (2) is required to do so as part of an eviction or termination hearing, **or** (3) is required to do so by law.

Form HUD-5383

In addition, your covered housing provider must keep your address strictly confidential to ensure that it is not disclosed to a person who committed or threatened to commit VAWA violence/abuse against you (or a household member).

**What if I need this information in a language other than English?** To read this in Spanish or another language, please contact                                                                         or go to

You can read translated VAWA forms at https://www.hud.gov/program_offices/administration/hudclips/forms/hud5a#4. If you speak or read in a language other than English, your covered housing provider must give you language assistance regarding your VAWA protections (for example, oral interpretation and/or written translation).

**Can I request a reasonable accommodation?** If you have a disability, your covered housing provider must provide reasonable accommodations to rules, policies, practices, or services that may be necessary to allow you to equally benefit from VAWA protections (for example, giving you more time to submit documents or assistance with filling out forms). You may request a reasonable accommodation at any time, even for the first time during an eviction. If a provider is denying a specific reasonable accommodation because it is not reasonable, your covered housing provider must first engage in the interactive process with you to identify possible alternative accommodations. Your covered housing provider must also ensure effective communication with individuals with disabilities.

**Need further help?** For additional information on VAWA and to find help in your area, visit https://www.hud.gov/vawa. To speak with a housing advocate, contact

## TO BE COMPLETED BY OR ON BEHALF OF THE TENANT REQUESTING AN EMERGENCY TRANSFER

1. **Name(s) of victim(s):** Carlita Blanco

2. **Your name** (*if different from victim's*):

3. **Name(s) of other household member(s):** Christian Blanco

4. **Name(s) of other household member(s) who would transfer with the victim:**
   Christian Blanco

5. **Name of the perpetrator** (*if known and can be safely disclosed*): Staff and Tenants

6. **Address of location from which the victim seeks to transfer:** 5 Linncon Aven ue

7. **Current Unit Size (# of bedrooms):** 1 Bedroom

8. **What is the safest and most secure way to contact you? (You may choose more than one.)**
   If any contact information changes or is no longer a safe contact method, notify your covered housing provider.

   [✔] Phone    Phone Number: _____
       Safe to receive a voicemail:    [ ] Yes    [ ] No

   [✔] E-mail    E-mail Address: _____
       Safe to receive an email:    [ ] Yes    [ ] No

   [ ] Mail    Mailing Address: _____
       Safe to receive mail from your housing provider:    [ ] Yes    [ ] No

   [ ] Other    Please List: _____

Form HUD-5383

9. **Anything else your housing provider should know to safely communicate with you?**
Preffered Area Manahattan and need two bedroom

10. **What features are requested for a safe unit?** You may list here any information that would facilitate a suitable transfer, such as accessibility needs, and a description of where it is safe or unsafe for you to live.
*(Please note that the ability to provide an emergency transfer is based on unit availability.)*

☑ New Neighborhood     ☑ New Building
☐ First Floor unit     ☐ Second Floor unit (and above)
☐ Near an Exit     ☐ Well-lit hallways/walkways
☑ 24-hour Security     ☐ Accessible unit
☑ Other: Garage,Amaenities,Ssecurity

11. To approve your request for an emergency transfer, your covered housing provider may require that you provide written documentation that you (or a household member) are a victim of VAWA violence/abuse. Your covered housing provider must make this request for documentation in writing. You can choose to submit **any one** of the following types of documentation:

   • Form HUD-5382 *Certification of Domestic Violence, Dating Violence, Sexual Assault, or Stalking, and Alternate Documentation*, which asks your name and the perpetrator's name (if known and safe to provide);

   • A document signed by a victim service provider, attorney, mental health professional, or medical professional who has helped you address the VAWA violence/abuse. The professional must state "under penalty of perjury" that he/she/they believe in the occurrence of the incident of VAWA violence/abuse and that it is covered by VAWA. Both you and the professional must sign the statement;

   • A police, administrative, or court record (such as a protective order) that shows you (or a household member) are a victim of VAWA violence/abuse; OR

   • If permitted by your covered housing provider, a statement or other evidence provided by you.

**Certification of Tenant**: By signing below, I am certifying that the information provided on this form is true and correct to the best of my knowledge and recollection, and that I meet the conditions described on this form to qualify for an emergency transfer.

Signature_____     Date 01/17/2026
_____

Public reporting burden for this collection of information is estimated to average 20 minutes per response. This includes the time for collecting, reviewing, and reporting. Comments concerning the accuracy of this burden estimate and any suggestions for reducing this burden can be sent to the Reports Management Officer, QDAM, Department of Housing and Urban Development, 451 7th Street, SW, Washington, DC 20410. Covered housing providers in programs covered by VAWA may ask for a written request for an emergency transfer for a tenant who is a victim of domestic violence, dating violence, sexual assault, or stalking. Housing providers may distribute this form to tenants and tenants may use it to request an emergency transfer. The information is subject to the confidentiality requirements of VAWA. A Federal agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid Office of Management and Budget control number.

Form HUD-5383

*Evidence*

IORG #:  **IORG0012482**

Institution:  **Amazing Great Beauty of Science**

Expires:  **06/30/2028**

OMB No. 0990-0279
Approved for use through June 30, 2025

### U.S. Department of Health and Human Services (HHS)
### Registration of an Institutional Review Board (IRB)

This form is used by institutions or organizations operating IRBs that review:
  a)  **Research involving human subjects conducted or supported by the Department of Health and Human Services, or other federal departments or agencies that apply the Federal Policy for the Protection of Human Subjects to such research; and/or**
  b)  **Clinical investigations regulated by the Food and Drug Administration (FDA) of the Department of Health and Human Services**

This form is to be used for the following purposes:

Fields with an * are required for OHRP IRBs and FDA IRBs
Fields with an ♦ are required for OHRP IRBs but are optional for FDA IRBs
Fields with an ‡ are required for FDA IRBs but are optional for OHRP IRBs
Fields with no symbol are optional for both OHRP IRBs and FDA IRBs

1.  ***Has your institution or organization previously registered an IRB with the Office for Human Research Protections (OHRP)?**

    [X] Yes, proceed to section 2  [ ] No, proceed to section 3

2.  ***What is your institution or organization (IORG) number?    IORG0012482**

This number was provided by OHRP the first time your institution or organization registered an IRB. If you do not know your IORG number, search for your institution or organization on the OHRP website at http://ohrp.cit.nih.gov/search/search.aspx or contact OHRP using the contact information at http://www.hhs.gov/ohrp/daqi-staff.html or by telephone at 1-866-447-4777.

3.  **Name of Institution or Organization Operating the IRB(s)**

*Name of Institution or Organization:  **Amazing Great Beauty of Science**

*Protection Development*

*Mailing Address:  **101 Lincoln Ave**
                   **Suite 524**
                   **Bronx, New York**
                   **United States**

*Street Address (if different from the Mailing Address above):
                   **101 Lincoln Ave, Suite 524**

*City:  **Bronx**          *State/Province:  **NEW YORK**          *Zip/Postal Code:  **10454**
*Country (if outside the U.S.):


4.  **Senior Officer or Head Official of Institution or Organization Responsible for Overseeing the Activities Performed by the IRB(s)**

*First Name:  **Carlita**          Middle Initial:  **A**    *Last Name:  **Blanco**

Earned Degree(s):                   Title or Position:  **Researcher/PI**

*Mailing Address (if different from the Mailing Address in section 3):

**101 Lincoln Ave**
**Suite 524**
**Bronx, New York**
**United States**

*City:  **Bronx**          *State/Province:  **NEW YORK**          *Zip/Postal Code:  **10454**

*Country (if outside the U.S.):
*Phone:   **213 290-0725**      *FAX:  **646 504-3291**          *E-Mail:  **cblanco@agbstrategics**
                                                                          **ervices.org**

5.  **Contact Person Providing this Registration Information**

*First Name:  **Carlita**          Middle Initial:          *Last Name:  **Blanco**

Earned Degree(s):                   Title or Position:  **Researcher/PI**
Name of Institution or Organization (if different from the Name in section 3):

**AMAZING GREAT BEAUTY OF STRATEGIC**
**SERVICES INC.**

*Mailing Address (if different from the Mailing Address in section 3):
**101 Lincoln Ave**
**Suite 524**
**Bronx, New York**
**United States**

*City:  **Bronx**          *State/Province:  **NEW YORK**          *Zip/Postal Code:  **10454**

\*Country (if outside the

\*Phone:    213 290-0725        \*FAX:  646 504-3291        \*E-Mail:   cblanco@agbstrategics
                                                                          ervices.org

6.  **IRB Registration Information (to be completed separately for each
    IRB being renewed/updated or newly registered)**

A.  *Is this a renewal or update of a registration for an IRB already registered with HHS?

    [X] Yes.  Provide the IRB registration number previously assigned to this IRB by OHRP:  **IRB00014759**

    (This number was provided by OHRP the first time the IRB was registered with OHRP.  If you do not know the IRB registration number, search for the IRB on the OHRP website at http:// ohrp.cit.nih.gov/search/search.aspx or contact OHRP using the contact information at http:// www.hhs.gov/ohrp/daqi-staff.html or by telephone at 1-866-447-4777)

    [  ] No, this is a new IRB registration.

B.  Provide the IRB name, if any, used by the institution or organization (e.g., State University Behavioral IRB, University Healthcare Biomedical IRB, or XYZ Hospital IRB #1):

    **Amazing Great Beauty of Science IRB #1**

C.  Location of the IRB

    *Mailing Address (if different from the Mailing Address in section 3):

    **101 Lincoln Ave**

    **United States**

    *Street Address of the IRB (if different from the Mailing Address of the IRB):

    **101 Lincoln Ave**

    *City: **Bronx**      *State/Province: **NEW YORK**    *Zip/Postal Code: **10454**
    *Country (if outside the U.S.):
    *Phone: **213 290-0725**    *FAX: **646 504-3291**    *E-Mail: **strategicluv@gmail.ccom**

D.  ♦Approximate number of full time equivalent positions devoted to the IRB's administrative activities:

E.  ♦Approximate number of all active protocols (for purposes of completing this registration, an active protocol is any protocol for which the IRB conducted an initial review or continuing review at a convened meeting or under an expedited review procedure during the preceding 12 months):

F.  ♦Approximate number of active protocols conducted or supported by HHS (e.g., the National Institutes of Health, Centers for Disease Control and Prevention, etc.) (for purposes of completing this registration, an active protocol is any protocol for which the IRB conducted an initial review or continuing review at a convened meeting or under an expedited review procedure during the preceding 12 months):

G.  ‡For IRBs that review, or intend to review, protocols involving products regulated by the Food and Drug Administration (FDA) (for purposes of completing this registration, an active protocol is any protocol for which the IRB conducted an initial review or continuing review at a convened meeting or under an expedited review procedure during the preceding 12 months):

‡i) Approximate number of active protocols involving FDA-regulated products:    **3**

‡ii) Types of FDA-regulated products involved in FDA protocols include (check all that apply):

|  |  |  |  |
|---|---|---|---|
| **X** | human drugs | | food additives |
| | medical devices | | color additives |
| | biological | **X** | other |
| | | | Specify    **Contingency Flexibilities** |

H.  IRB Chairperson

*First Name: **Carlita**        Middle Initial:        *Last Name:    **Blanco**

Earned Degree(s):            Title or Position:    **Researcher/PI**

Mailing Address (if different from the Mailing Address in section 3):

**101 Lincoln Ave**

**10454**

City:    **Bronx**        State/Province:                Zip/Postal Code:

Country (if outside the U.S.):    **JAMAICA**

*Phone:    **2132900725**    FAX:                *E-Mail:    **strategicluv@gmail.ccom**

I. ♦IRB Roster Form: Completion of the IRB Roster Form is required if your IRB is designated on a Federalwide assurance submitted to OHRP. Otherwise, it is optional.

| Member Name (Last, First) | Sex M/F | Earned Degree(s) | Scientist (S) Non-scientist (N) | Primary Scientific or Non-Scientific Specialty | Affiliation with Institution(s) Y/N | Comments |
|---|---|---|---|---|---|---|

**Alternative Members**

**NOTES:**

Members whose training, background, and occupation would incline them to view scientific activities from the standpoint of someone within a behavioral or biomedical research discipline should be considered a scientist, while members whose training, background, and occupation would incline them to view research activities from a standpoint outside of any biomedical or behavioral scientific discipline should be considered a nonscientist. In addition, the IRB must have members with sufficient knowledge of the specific scientific discipline(s) relevant to the research that it reviews.

Affiliation: Please indicate whether or not each individual (or a member of that person's immediate family) is affiliated (other than as an IRB member) with the institution or organization operating the IRB.

Yes = The IRB member is affiliated with the institution or organization operating the IRB.

No = The individual is not affiliated with the institution or organization operating the IRB.

Alternate Members: An alternate member(s) may be designated, as needed, for a regular voting member(s). An alternate member may vote only when the regular voting member is not voting.

When an institution or organization registers two or more IRBs, all alternate members for all IRBs may be listed on the roster of one IRB, or they may be listed separately with each IRB roster. A primary member of any IRB registered under the same IORG number may serve as an alternate for any comparably qualified member on any other IRB of that institution or organization. Primary members on registered IRBs serving as alternate members do not need to be listed as an alternate on any roster. Each alternate IRB member who replaces a primary member at any given meeting should have experience, expertise, background, professional competence, and knowledge comparable to that of the primary IRB member whom the alternate will replace. Whenever an alternate member substitutes for a primary member of the IRB, the combined requirements of § 46.107(a) and 46.108(b) shall remain satisfied. Whenever this occurs, the minutes of the IRB meeting should indicate clearly that the alternate IRB member has replaced the designated primary IRB member, and include the identity of the replaced primary and the alternate members. If multiple alternate members serve at an IRB meeting, the pairing of primary and alternate members should be indicated.

A. *Is this a renewal or update of a registration for an IRB already registered with HHS?

[X] Yes. Provide the IRB registration number previously assigned to this IRB by OHRP: **IRB00014836**

(This number was provided by OHRP the first time the IRB was registered with OHRP. If you do not know the IRB registration number, search for the IRB on the OHRP website at http://ohrp.cit.nih.gov/search/search.aspx or contact OHRP using the contact information at http://www.hhs.gov/ohrp/daqi-staff.html or by telephone at 1-866-447-4777)

[ ] No, this is a new IRB registration.

B. Provide the IRB name, if any, used by the institution or organization (e.g., State University Behavioral IRB, University Healthcare Biomedical IRB, or XYZ Hospital IRB #1):

**Amazing Great Beauty of Science IRB #2**

C. Location of the IRB

*Mailing Address (if different from the Mailing Address in section 3):

**101 Lincoln Ave**
**Suite 524**
**Bronx, New York**
**United States**

*Street Address of the IRB (if different from the Mailing Address of the IRB):

**101 Lincoln Ave, Suite 524**

*City: **Bronx**          *State/Province: **NEW YORK**     *Zip/Postal Code: **10454**
*Country (if outside the U.S.):
*Phone:   **646 504-3291**     *FAX: **646 504-3291**      *E-Mail:   **theagbgurl@gmail.com**

D. ♦Approximate number of full time equivalent positions devoted to the IRB's administrative activities:

E. ♦Approximate number of all active protocols (for purposes of completing this registration, an active protocol is any protocol for which the IRB conducted an initial review or continuing review at a convened meeting or under an expedited review procedure during the preceding 12 months):

F. ♦Approximate number of active protocols conducted or supported by HHS (e.g., the National Institutes of Health, Centers for Disease Control and Prevention, etc.) (for purposes of completing this registration, an active protocol is any protocol for which the IRB conducted an initial review or continuing review at a convened meeting or under an expedited review procedure during the preceding 12 months):

G.  ‡For IRBs that review, or intend to review, protocols involving products regulated by the Food and Drug Administration (FDA) (for purposes of completing this registration, an active protocol is any protocol for which the IRB conducted an initial review or continuing review at a convened meeting or under an expedited review procedure during the preceding 12 months):

‡i) Approximate number of active protocols involving FDA-regulated products:                1

‡ii) Types of FDA-regulated products involved in FDA protocols include (check all that apply):

X  human drugs        X  food additives
X  medical devices     X  color additives
   biological          X  other

Specify  **IRB Medical Research Dispensary**

H.  IRB Chairperson

\*First Name: **Carlita**        Middle Initial:        \*Last Name:        **Blanco**

Earned Degree(s):                Title or Position:

Mailing Address (if different from the Mailing Address in section 3):
**5 Lincoln Ave Apt 524**
**10454**

City:  **New York**        State/Province:  **NEW YORK**        Zip/Postal Code:  **10454**

Country (if outside the U.S.):
\*Phone:  **646 504-3291**    FAX:                \*E-Mail:  **cblanco@agbstrategicservices.or g**

I. ♦IRB Roster Form:  Completion of the IRB Roster Form is required if your IRB is designated on a Federalwide assurance submitted to OHRP.  Otherwise, it is optional.

| Member Name (Last, First) | Sex M/F | Earned Degree(s) | Scientist (S) Non-scientist (N) | Primary Scientific or Non-Scientific Specialty | Affiliation with Institution(s) Y/N | Comments |
|---|---|---|---|---|---|---|

**Alternative Members**

**NOTES:**

Members whose training, background, and occupation would incline them to view scientific activities from the standpoint of someone within a behavioral or biomedical research discipline should be considered a scientist, while members whose training, background, and occupation would incline them to view research activities from a standpoint outside of any biomedical or behavioral scientific discipline should be considered a nonscientist. In addition, the IRB must have members with sufficient knowledge of the specific scientific discipline(s) relevant to the research that it reviews.

Affiliation:  Please indicate whether or not each individual (or a member of that person's immediate family) is affiliated (other than as an IRB member) with the institution or organization operating the IRB.

Yes = The IRB member is affiliated with the institution or organization operating the IRB.

No = The individual is not affiliated with the institution or organization operating the IRB.

Alternate Members:  An alternate member(s) may be designated, as needed, for a regular voting member(s).  An alternate member may vote only when the regular voting member is not voting.

When an institution or organization registers two or more IRBs, all alternate members for all IRBs may be listed on the roster of one IRB, or they may be listed separately with each IRB roster.  A primary member of any IRB registered under the same IORG number may serve as an alternate for any comparably qualified member on any other IRB of that institution or organization.  Primary members on registered IRBs serving as alternate members do not need to be listed as an alternate on any roster.  Each alternate IRB member who replaces a primary member at any given meeting should have experience, expertise, background, professional competence, and knowledge comparable to that of the primary IRB member whom the alternate will replace. Whenever an alternate member substitutes for a primary member of the IRB, the combined requirements of § 46.107(a) and 46.108(b) shall remain satisfied.  Whenever this occurs, the minutes of the IRB meeting should indicate clearly that the alternate IRB member has replaced the designated primary IRB member, and include the identity of the replaced primary and the alternate members.  If multiple alternate members serve at an IRB meeting, the pairing of primary and alternate members should be indicated.



# CERTIFICATE OF LIABILITY INSURANCE

| | DATE (MM/DD/YYYY) |
|---|---|
| | 10/03/2025 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT:  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Next First Insurance Agency, Inc. PO Box 60787 Palo Alto, CA 94306 | PHONE (A/C, No, Ext): (855) 222-5919 | | FAX (A/C, No): |
| | E-MAIL ADDRESS: support@nextinsurance.com | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A : State National Insurance Company, Inc. | | 12831 |
| INSURED Carlita Blanco Amazing Great Beauty of Strategic Services Inc. 11539 Hawthorne Blvd Hawthorne, CA 90250 | INSURER B : | | |
| | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES    CERTIFICATE NUMBER: 584261427    REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY | | | | | | EACH OCCURRENCE | $1,000,000.00 |
| | CLAIMS-MADE X OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $100,000.00 |
| | | | | | | | MED EXP (Any one person) | $15,000.00 |
| | | X | | NXTYFWWF7H-00-GL | 06/10/2025 | 06/10/2026 | PERSONAL & ADV INJURY | $1,000,000.00 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $1,000,000.00 |
| | X POLICY  PRO-JECT  LOC | | | | | | PRODUCTS - COMP/OP AGG | $1,000,000.00 |
| | OTHER: | | | | | | | $ |
| | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | OWNED AUTOS ONLY  SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | HIRED AUTOS ONLY  NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | UMBRELLA LIAB  OCCUR | | | | | | EACH OCCURRENCE | $ |
| | EXCESS LIAB  CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | DED  RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY      Y/N ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | PER STATUTE  OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES  (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

The Certificate Holder is The Los Angeles County Development Authority (HUD) Authority to Accept Unsolicited Research Partnership Grant. This Certificate Holder is an Additional Insured on the General Liability policy with respect to ongoing operations. This Certificate Holder is an Additional Insured on the General Liability policy with respect to completed operations. General Liability coverage applies for Technology Services operations in California. All Certificate Holder privileges apply only if required by written agreement between the Certificate Holder and the insured, and are subject to policy terms and conditions.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| The Los Angeles County Development Authority (HUD) Authority to Accept Unsolicited Research Partnership Grant Settlement Grantee is Amazing Great Beauty of Strategic Services 700 W Main St Alhambra, CA 91801 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| LIVE CERTIFICATE  Click or scan to view | AUTHORIZED REPRESENTATIVE |

© 1988-2015 ACORD CORPORATION.  All rights reserved.

ACORD 25 (2016/03)    The ACORD name and logo are registered marks of ACORD

# The Sustainable Development Goals Repo

202



United
Nations

*Application Sabalage by Judge Pels* (handwritten)

**NEW YORK STATE DEPARTMENT OF HEALTH**
Bureau of Narcotic Enforcement

## License Application to Engage in a Controlled Substance Activity

### Refer to step-by-step Instructions for Applying to Engage in a Controlled Substance Activity
https://www.health.ny.gov/professionals/narcotic/licensing_and_certification/
**PLEASE USE ADOBE TO FILL-IN**

| APPLICANT INFORMATION | MAILING ADDRESS |
|---|---|
| Legal Name **Carlita Blanco** | Use **ONLY** if U.S.P.S Mail cannot be delivered to the location where the controlled substance activities will occur. |
| d/b/a | Street/PO Box **5 Lincoln Ave** |
| Street * | Address Line |
| City | City |
| State    Zip    County | State    Zip |
| BNE License # (if currently licensed)    NYS Department of State ID#    NYS BOP Registration #    DEA Registration # | Licenses will be issued **only** for the physical address where the controlled substance activity will occur. |

| REPRESENTATIVE CONTACT INFORMATION | |
|---|---|
| Name | Title |
| Telephone    Fax | Email |

### APPLICATION TYPE

| | | | |
|---|---|---|---|
| ☐ NEW | Note: New applicants and those reporting a relocation or a change in ownership will be subject to an on-site facility inspection (excluding out-of-state applicants). | | Date proposed for controlled substance activity to begin. ___/___/___ |
| ☐ CHANGE** | ☐ Name Change | Prior: | |
| | | New: | |
| | ☐ Address Change | Prior: | |
| | ☐ Postal Only ☐ Physical Relocation | New: | |
| | ☐ Ownership/Operator Change | Prior: | |
| | ☐ Change in Storage Only | New: | |
| ☐ RENEWAL | ☐ No Change since last application | | |
| ☐ AMENDMENT | Attach narrative outlining change(s) requested. | | |

| LICENSE CLASSIFICATION (see instructions for multiple class requests) | New/Change/ Renewal Non-Refundable Fee | Amendment Non-Refundable Fee | Office Use Only |
|---|---|---|---|
| ☐ Class 1 Manufacturer | $1200 | $250 | Cashline: |
| ☐ Class 1a Manufacturer (Out-of-State) | $1200 | $250 | |
| ☐ Class 2 Distributor | $1200 | $250 | ☐ Approved ___/___/___ |
| ☐ Class 2a Distributor (Out-of-State) | $1200 | $250 | ☐ Initial Review |
| ☐ Class 2R Reverse Distributor | NO FEE | NO FEE | ___/___/___ |
| ☐ Class 3 Institutional Dispenser    Operating Certificate # | $100 | NO FEE | Comment(s) |
| ☐ Class 3a Institutional Dispenser Limited    Operating Certificate #  ADS Unit Currently On-Site ☐    New ADS Unit On-Site Since Last Application ☐ | $100 | NO FEE | |
| ☒ Class 4 Researcher (Schedules II-V)    ☒ Individual    ☐ Institutional | $40 | $20 | |
| ☐ Class 5 Instructional Activities (Schedules II-V) | $40 | $20 | |
| ☐ Class 7 Research/Instructional (Schedule I)    ☐ Individual    ☐ Institutional | $40 | $20 | |
| ☐ Class 8 Analytical Laboratory | $40 | $20 | |
| ☐ Class 9 Importer | $1200 | $250 | |
| ☐ Class 9a Importer Broker | $1200 | $250 | |
| ☐ Class 10 Exporter | $1200 | $250 | Reviewer:_____ |
| ☐ Class 10a Exporter Broker | $1200 | $250 | |
| ☐ Class 11 Pharmacy – Registered Community Pharmacy for ADS Operations | NO FEE | NO FEE | |

** Changes to current licenses may result in the issuance of a new BNE license number.
✓ New York State, county and other municipal agencies are **exempt** from licensing fees only if they are the applicant for licensure. Employees of an exempt entity are **NOT exempt** from licensing fees.

DOH-4330 (04/23) Page 1 of 2

**CONTROLLED SUBSTANCE SCHEDULE(S) TO BE UTILIZED** (check all that apply)  ☐ I  ☒ II  ☐ III  ☐ IV  ☐ V

**STORAGE OF CONTROLLED SUBSTANCES** (check all that apply)

| | |
|---|---|
| ☐ Vault | Storage must be installed and ready for inspection upon submission of this form. Describe storage and security used along with make and model numbers; photos must be submitted in a separate document: |
| ☐ Safe | We do not keep anything on premise we dispose unused material to safe disposal location Only small amounts for instructional research for IDD research and LCD visual cortex for FDA drug update. |
| ☐ Cabinet | |
| ☐ Cameras | |
| ☒ Other | |

**SUPERVISOR OF CONTROLLED SUBSTANCE ACTIVITY**

Name
Res. Carlita Blanco

Title and Type of Professional License and Number
IRB Human Rights Coordinator & Protection

Signature

Email Address
cblanco@agbstrategicservices.org

**APPLICANT ACKNOWLEDGEMENTS**

The applicant fully understands that the license to be issued hereon shall be subject to the following stipulations and conditions:

1. The applicant is knowledgeable concerning all laws and regulations, both State and Federal, regarding the licensed activity and shall comply with such requirements.

2. The licensee shall be under a continuing duty to inform the Department of Health of any changes, such as name, address or any substantial change to the physical security and means of record keeping regarding the controlled substance(s).

3. The license privilege herein applied for, if granted, shall not be transferred. Changes in name or ownership shall be immediately reported to the Department of Health.

4. Any license so issued as a result of the application for license shall be promptly returned to the Department of Health upon revocation or suspension of the license or the Federal license for the activity or activity for which the applicant was licensed has been discontinued.

5. Licensee shall promptly report to the Department of Health each incident or alleged incident of theft, loss or possible diversion of either controlled substances or Official New York State Prescriptions. Such notification shall be by contacting the Central Office of the Department of Health's Bureau of Narcotic Enforcement and then shall be reported on the applicable Department of Health forms. **Reporting of such incident to other government agencies does not relieve the applicant of this responsibility.**

6. Manufacturers and Distributors shall comply with NYS PBH Article 33, Title 2 §3322 and Title 6 §3374 to include a tested and authenticated process for suspicious ordering monitoring and reporting requirements pertaining to order size, unusual ordering frequency, and unusual ordering patterns at a minimum.

7. Applications are valid for 90 days from date of receipt. After 90 days, if application is not approved or denied for licensure, the application will be deemed insufficient. Applicants may reapply, if they so choose, by submitting a new application and fee.

| Has the applicant or Supervisor of Controlled Substance Activity been convicted of an offense in any jurisdiction relating to any substance listed in PHL Article 33 as a controlled substance? Has the applicant, its employees, subsidiaries, managing officers, or directors failed to comply with the provisions of the Federal Controlled Substance Act or the laws of any State relating to controlled substances? | Has the applicant or Supervisor of Controlled Substance Activity ever had a State or Federal controlled substance license or registration or professional license or registration revoked, suspended, denied or restricted or been placed on probation? | If the applicant is a partnership, stockholder, proprietor or corporation (other than a corporation whose stock is owned and traded by the public): Has the business, any officer or the Supervisor of Controlled Substance Activity been convicted, fined, censured or had a license (State or Federal) suspended or revoked in any administrative or judicial proceeding relating to or arising out of the manufacture or distribution of drugs? |
|---|---|---|
| ☐ YES *  ☒ NO | ☐ YES *  ☒ NO | ☐ YES *  ☒ NO |

* Applicants who answer 'YES' to any of the above questions must submit a statement of explanation with documentation to support the explanation.

**APPLICANT SIGNATURE**

Under the penalties of perjury, I affirm that the statements herein are true, to the best of my knowledge, and that I am knowledgeable regarding the requirements of the licensed activity for which I am applying.

| Name | Title |
|---|---|
| Signature of Applicant (Owner, Partner, COO, or Other Authorized Person) | Date |

**SUBMISSION REQUIREMENTS**

Email the following to bnelicensing@health.ny.gov
✓ Completed DOH-4330 application
✓ Photocopy or scan of your check or money order issued for application fee
✓ All supporting, required documentation, images of all storage, and forms for the class of license being applied for

Submit to mailing address:    NYS DOH Bureau of Narcotic Enforcement
Riverview Center
Attn. Licensing Unit
150 Broadway
Albany, NY 12204

✓ Check or money order for licensing fee made out to:
NYS DOH Bureau of Narcotic Enforcement
✓ Photocopy of DOH-4330 that was emailed – no additional documentation

DOH-4330 (04/23) Page 2 of 2

Menu



Human Resources
Administration
Department of
Social Services

*Evidence*

Translate
This
Page

Search

SNAP & CAHomelessness PreventionHealth AssistanceOther Benefits & Services

Select ✓

- Legal Assistance
- Rental Assistance
- Supportive Housing

# New York City 15/15 Supportive Housing Initiative

In November 2015, Mayor de Blasio announced New York City's commitment to developing 15,000 units of supportive housing over the next 15 years. The NYC 15/15 Initiative reflects the lessons learned over the last 30 years and incorporates the combined wisdom of the supportive housing community. Read the Supportive Housing Taskforce Recommendations.

## Supportive Housing Task Force

In January 2016, Mayor de Blasio assembled a Task Force of 28 experts to assess the current state of existing supportive housing in the city and state to formulate innovative solutions and recommendations for the future.

Following six months of work, the Task Force delivered final recommendations to the Mayor with 23 specific recommendations, each falling into one of four topic areas tackled by the working groups:

- Data and Evaluation
- Referrals
- Service Models
- Streamlining Development

The City will incorporate the recommendations from the Task Force into the planning process for the new units which will be overseen by a Government Oversight Committee. Implementation of the recommendations will build off of the Task Force's momentum. Each recommendation has been assigned to the appropriate City agency responsible for implementation.

## Providers

These are our current NYC 15/15 providers:

- Breaking Ground
- Bridging Access to Care
- CAMBA
- Faces NY

- Federation of Organizations
- ICL
- Iris House
- Jericho Project
- Odyssey House
- Unique People Services
- Urban Pathways

2/2/26, 5:07 PM      Federal Register :: White House Initiative on Advancing Educational Equity, Excellence, and Economic Opportunity for Hispanics

Case 1:26-cv-00983-LTS    Document 1    Filed 02/04/26    Page 59 of 84

The National Archives and Records Administration is closed to normal operations due to a lack of appropriations. FederalRegister.gov will automatically provide the daily Federal Register and Public Inspection List but we will not provide technical support. The official, published Federal Register is available at https://www.govinfo.gov/app/collection/fr.

LEGAL STATUS

This site displays a prototype of a "Web 2.0" version of the daily Federal Register. It is not an official legal edition of the Federal Register, and does not replace the official print version or the official electronic version on GPO's govinfo.gov.

The documents posted on this site are XML renditions of published Federal Register documents. Each document posted on the site includes a link to the corresponding official PDF file on govinfo.gov. This prototype edition of the daily Federal Register on FederalRegister.gov will remain an unofficial informational resource until the Administrative Committee of the Federal Register (ACFR) issues a regulation granting it official legal status. For complete information about, and access to, our official publications and services, go to About the Federal Register on NARA's archives.gov.

The OFR/GPO partnership is committed to presenting accurate and reliable regulatory information on FederalRegister.gov with the objective of establishing the XML-based Federal Register as an ACFR-sanctioned publication in the future. While every effort has been made to ensure that the material on FederalRegister.gov is accurately displayed, consistent with the official SGML-based PDF version on govinfo.gov, those relying on it for legal research should verify their results against an official edition of the Federal Register. Until the ACFR grants it official status, the XML rendition of the daily Federal Register on FederalRegister.gov does not provide legal notice to the public or judicial notice to the courts.

LEGAL STATUS

# White House Initiative on Advancing Educational Equity, Excellence, and Economic Opportunity for Hispanics

A Presidential Document by the Executive Office of the President on 09/16/2021

## PUBLISHED CONTENT - DOCUMENT DETAILS

**Agency:** Executive Office of the President
**Document Citation:** 86 FR 51581
**Document Number:** 2021-20165
**Document Type:** Presidential Document
**Presidential Document Type:** Executive Order
**EO Citation:** EO 14045
**Pages:** 51581-51587 (7 pages)
**Publication Date:** 09/16/2021

## READER AIDS - EXECUTIVE ORDER DETAILS

Executive order notes are compiled and maintained by the Office of the Federal Register editors.

**EO Citation:** EO 14045
**EO Notes:** Supersedes: EO 13935, July 9, 2020
See: EO 14091, February 16, 2023
Revoked by: EO 14148, January 20, 2025

**President:** Joseph R. Biden, Jr.
**Signing Date:** September 13, 2021

## PUBLISHED DOCUMENT: 2021-20165 (86 FR 51581)

( printed page 51581)

Executive Order 14045 (/executive-order/14045) of September 13, 2021

### White House Initiative on Advancing Educational Equity, Excellence, and Economic Opportunity for Hispanics

Case 1:26-cv-00983-LTS    Document 1    Filed 02/04/26    Page 60 of 84

2/2/26, 5:07 PM          Federal Register :: White House Initiative on Advancing Educational Equity, Excellence, and Economic Opportunity for Hispanics

By the authority vested in me as President by the Constitution and the laws of the United States of America, it is hereby ordered as follows:

**Section 1.** *Policy.* Nearly 14 million students in our Nation's public elementary and secondary school system and nearly 4 million students in post-secondary education are Hispanic. Hispanic students constitute more than 27 percent of all pre-kindergarten through 12th grade students and nearly 20 percent of college students. The Nation's future prosperity and global leadership across industries is therefore tied to the success of Hispanic and Latino students, and their success is a priority of my Administration.

From advancements in science and civil and labor rights to leadership in government, advocacy, entrepreneurship, and business, the Hispanic community has had a profound and positive impact on our schools, our communities, our economy, and our Nation. Hispanic and Latino communities encompass many racial and cultural identities that span the globe. The diversity of Hispanic and Latino students makes our classrooms across the country rich learning environments. It is important to ensure that from early childhood to higher education, Hispanic and Latino students, including Dreamers, can reach their highest potential. For many Hispanic and Latino students, Hispanic-Serving Institutions (HSIs) provide critical pathways to opportunity, and hundreds of HSIs across our Nation are advancing intergenerational mobility, success, and opportunity.

At the same time, Hispanic and Latino students face systemic inequitable barriers in accessing a high-quality education and a fair shot at the American dream. Only 40 percent of Latino children participate in preschool education programs as compared to 53 percent of their White peers. Due to systemic and historical inequities faced in the classroom, the high school graduation rate for Hispanic students is below the national average. Hispanic students are underrepresented in advanced courses in mathematics and science, and they can face language barriers in the classroom. Only 19 percent of Latino adults have at least a bachelor's degree compared with 1 in 3 overall, and just 6 percent have completed graduate or professional degree programs, versus 13 percent nationally. Further, the lack of availability of adult continuing education courses makes it difficult for many Hispanic adults to further their education. In addition, barriers to equity in education can compound and intersect for Hispanic and Latino students who are women and girls, LGBTQ+ individuals, English language learners, and individuals with disabilities.

The COVID-19 pandemic has laid bare and exacerbated many of these inequities. Hispanic and Latino students are more likely than their White peers to experience remote learning arrangements, yet they have less access to the tools necessary to succeed, such as broadband and computer access. Hispanic women have been adversely impacted by job loss, a lack of access to child care, and the inability to provide care, in greater numbers than their White counterparts. These and pre-existing disparities have led to declines in student achievement for Hispanic students. Latino students—once the fastest-growing group of undergraduates in the United States—have seen a decline in undergraduate college attendance amidst the COVID-19 pandemic. It is a priority of my Administration to ensure an equitable ( printed page 51582)recovery from COVID-19, and to provide Hispanic and Latino students with a successful return to the classroom.

These barriers exist not simply in the classroom, but also in the workplace. Hispanic workers are overrepresented in industries that have been hit hardest by the COVID-19 pandemic, and they have faced disproportionate losses in employment. Hispanic and Latino workers often face discrimination in hiring, pay, and consideration for promotions among other challenges. They need greater access to work-based learning opportunities such as mentorships, internships, and registered apprenticeships that not only guide employment seekers to a career, but provide the experience needed to secure well-paying jobs.

Case 1:26-cv-00983-LTS    Document 1    Filed 02/04/26    Page 61 of 84

To ensure that our Nation reaches the ambitious goals we have set for our economy to thrive, as well as to ensure equal access to opportunity for all, we must enable Hispanic and Latino students to reach their highest potential through our Nation's schools and institutions of higher education. The Federal Government must also collaborate with Hispanic and Latino communities to ensure their long-term success.

It is the policy of my Administration to advance educational equity, excellence, and economic opportunity for Hispanic communities from early childhood until their chosen career.

Sec. 2. *White House Initiative on Advancing Educational Equity, Excellence, and Economic Opportunity for Hispanics.*

(a) To advance equity in our Nation's schools and to promote the economic opportunity that follows it, there is established in the Department of Education (Department), the White House Initiative on Advancing Educational Equity, Excellence, and Economic Opportunity for Hispanics (Initiative), of which the Secretary of Education (Secretary) shall serve as Chair. The Secretary shall designate an Executive Director for the Initiative (Executive Director).

(b) The Initiative shall advance educational equity and economic opportunity for Latino and Hispanic students, families, and communities by focusing on the following policy goals:

(i) increasing general understanding of systemic causes of educational challenges faced by many Hispanic and Latino students, whether these students are in urban, suburban, rural, or migrant learning environments, and working across Federal agencies to address these challenges;

(ii) increasing Hispanic and Latino children's and families' access to and participation in high-quality early childhood programs and services that promote children's healthy development and learning, prepare them for success in school, and affirm their cultural and linguistic identity;

(iii) addressing the inequitable treatment of Hispanic and Latino children, such as eradicating disparities in disciplinary actions;

(iv) supporting and improving data collection related to Hispanic and Latino students and the implementation of evidence-based strategies to increase the participation and success of Hispanic and Latino students in all levels of education and prepare them for careers and civic engagement;

(v) ensuring that all Hispanic and Latino students have access to excellent teachers, school leaders, and other professionals, including by supporting efforts to improve the recruitment, preparation, development, and retention of qualified, diverse teachers and school leaders and other professionals who understand students' lived experiences and can effectively meet their learning, social, and emotional needs;

(vi) enhancing student support services and fostering positive engagement among schools, families, community leaders, and community-based organizations to increase the high school graduation and post-secondary attendance rates and decrease the high school dropout rate for Hispanic and Latino students;( printed page 51583)

(vii) promoting a positive school climate that supports equitable access to and participation in college-readiness, advanced placement courses, and internship opportunities, as well as innovative dropout prevention and recovery strategies that better engage Hispanic and Latino youth in their learning, help them progress academically as needed, and provide those who have left the educational system with pathways to reentry;

2/2/26, 5:07 PM    Federal Register :: White House Initiative on Advancing Educational Equity, Excellence, and Economic Opportunity for Hispanics

Case 1:26-cv-00983-LTS    Document 1    Filed 02/04/26    Page 62 of 84

(viii) eliminating discriminatory enrollment, housing, transportation, and other policies that lead to racial and socioeconomic segregation among and within schools;

(ix) ensuring equitable access to educational resources, professionals, and technology, including by addressing racial disparities in school funding and expenditures;

(x) breaking down barriers that impede the access of higher education institutions that serve Hispanic and Latino students, such as HSIs, to Federal funding, and strengthening the capacity of those institutions to participate in Federal programs and partnerships;

(xi) advancing racial equity and economic opportunity by connecting education to labor market needs through programs such as dual enrollment, career and technical education, registered apprenticeships, work-based learning, and career advancement, particularly in the fields of science, technology, engineering, and mathematics; and

(xii) ensuring that Hispanic and Latino communities have access to resources for economic success, such as in the areas of financial education, small business development, entrepreneurship, arts, science, technology, engineering, and mathematics.

(c) In working to fulfill its mission and objectives, the Initiative shall, consistent with applicable law:

(i) identify and promote evidence-based best practices that can provide Hispanic and Latino students with a rigorous and well-rounded education in safe and healthy environments, as well as access to support services, that will improve their educational, professional, economic, and civic opportunities;

(ii) advance and coordinate efforts to ensure equitable opportunities for Hispanic and Latino students in the re-opening process for schools across the country, and take steps to ensure that Hispanic and Latino students, from early childhood to post-secondary education, can equitably recover from learning losses and other challenges faced during the COVID-19 pandemic;

(iii) encourage and develop partnerships with a national network of early childhood and early intervention providers, schools, institutions of higher education, and other public, private, philanthropic, and nonprofit stakeholders to improve access to educational equity and economic opportunities for Hispanics and Latinos;

(iv) monitor and support the development, implementation, and coordination of Federal Government educational, workforce, research, and business development policies, programs, and technical assistance designed to improve outcomes for historically underserved communities, including Hispanics and Latinos;

(v) work closely with the Executive Office of the President on key Administration priorities related to education, equity, and economic opportunity for Hispanics and Latinos; and

(vi) advise the Secretary on issues of importance and policies relating to educational equity, excellence, and economic opportunity for Hispanics and Latinos.

(d) The Initiative shall establish a Federal Interagency Working Group, which shall be convened by the Executive Director and shall support the efforts of the Initiative. The Interagency Working Group shall collaborate (printed page 51584) regarding resources and opportunities available across the Federal Government to increase educational and economic opportunities for Hispanics and Latinos.

2/2/26, 5:07 PM

Case 1:26-cv-00983-LTS    Document 1    Filed 02/04/26    Page 63 of 84

Federal Register :: White House Initiative on Advancing Educational Equity, Excellence, and Economic Opportunity for Hispanics

(i) The Interagency Working Group shall consist of senior officials (designated by the heads of their respective departments, agencies, and offices) from the following:

(A) the Department of State;

(B) the Department of the Treasury;

(C) the Department of Defense;

(D) the Department of Justice;

(E) the Department of the Interior;

(F) the Department of Agriculture;

(G) the Department of Commerce;

(H) the Department of Labor;

(I) the Department of Health and Human Services;

(J) the Department of Housing and Urban Development;

(K) the Department of Transportation;

(L) the Department of Energy;

(M) the Department of Education;

(N) the Department of Veterans Affairs;

(O) the Department of Homeland Security;

(P) the White House Office of Management and Budget;

(Q) the White House Office of Science and Technology Policy;

(R) the Small Business Administration;

(S) the White House Domestic Policy Council;

(T) the White House Gender Policy Council;

(U) the White House Office of Public Engagement;

(V) the National Science Foundation;

(W) the National Aeronautics and Space Administration;

Case 1:26-cv-00983-LTS     Document 1     Filed 02/04/26     Page 64 of 84

2/2/26, 5:07 PM          Federal Register :: White House Initiative on Advancing Educational Equity, Excellence, and Economic Opportunity for Hispanics

(X) the United States Agency for International Development; and

(Y) such additional executive departments, agencies, and offices as the Secretary may designate.

(ii) The Executive Director may establish subgroups of the Interagency Working Group to focus on different aspects of the educational system (such as HSIs, early childhood education, kindergarten through 12th grade education, children and adults with disabilities, teacher diversity, higher education, career and technical education, adult education, or correctional education and reengagement), economic opportunity (work-based learning, entrepreneurship, financial education, or mentorship) or educational challenges facing particular populations.

(e) Each executive department and agency (agency) designated to participate in the Interagency Working Group shall prepare a plan (Agency Plan) outlining measurable actions the agency will take to advance educational equity and economic opportunity for Hispanic and Latino communities, including their plans to implement the policy goals and directives outlined in section 2(b) of this order and other relevant work. These plans shall be submitted to the Chair on a date established by the Chair.

(i) As appropriate, each Agency Plan shall include:

(A) a description of the applicable agency's efforts to ensure that Federal programs and initiatives administered by the Department and other agencies are meeting the educational needs of Hispanics and Latinos, including ( printed page 51585)by encouraging the agency to incorporate best practices into appropriate discretionary programs where the agency sees fit and as permitted by law;

(B) a description of how the applicable agency has and will decrease barriers to participation of Hispanics and Latinos in Federal employment and student engagement opportunities;

(C) a description of how the applicable agency can address challenges facing Hispanic and Latino students and higher education institutions that serve Hispanic and Latino students, such as HSIs, brought on by or exacerbated by the COVID-19 pandemic;

(D) a description of how the agency's Office of Civil Rights, if applicable, can address discriminatory policies and practices that limit educational and economic opportunity for Hispanics and Latinos;

(E) any other information the applicable agency determines is relevant to promoting educational opportunities for Hispanics and Latinos; and

(F) any additional criteria established by the Chair or the Initiative.

(ii) Each agency shall assess and report to the Chair on their progress in implementing the Agency Plan on a regular basis as established by the Chair.

(iii) The Initiative shall monitor and evaluate each agency's progress towards the goals established in its Agency Plan and shall coordinate with the agency to ensure that its Plan includes measurable and action-oriented goals.

(f) The Department shall provide funding and administrative support for the Initiative and the Interagency Working Group, to the extent permitted by law and within existing appropriations. To the extent permitted by law, including the Economy Act (31 U.S.C. 1535 (https://www.govinfo.gov/link/uscode/31/1535)), other agencies and offices represented on the

Case 1:26-cv-00983-LTS    Document 1    Filed 02/04/26    Page 65 of 84

2/2/26, 5:07 PM        Federal Register :: White House Initiative on Advancing Educational Equity, Excellence, and Economic Opportunity for Hispanics

Interagency Working Group may detail personnel to the Initiative, to assist the Department in meeting the objectives of this order.

(g) To advance shared priorities and policies that advance equity and economic opportunity for underserved communities, the Initiative shall collaborate and coordinate with other White House Initiatives related to equity and opportunity.

(h) On an annual basis, the Chair shall report to the President on the Initiative's progress in carrying out its mission and function under this order.

Sec. 3. *Presidential Advisory Commission.* (a) There is established in the Department a Presidential Advisory Commission on Advancing Educational Equity, Excellence, and Economic Opportunity for Hispanics (Commission).

(b) The Commission shall provide advice to the President through the Secretary on matters pertaining to educational equity and economic opportunity for the Hispanic and Latino community, including:

(i) what is needed for the development, implementation, and coordination of educational programs and initiatives at the Department and other agencies to improve educational opportunities and outcomes for Hispanics and Latinos;

(ii) how to promote career pathways for in-demand jobs for Hispanic and Latino students, including registered apprenticeships, internships, fellowships, mentorships, and work-based learning initiatives;

(iii) ways to strengthen the capacity of institutions, such as HSIs, to equitably serve Hispanic and Latino students and increase the participation of Hispanic and Latino students, Hispanic-serving school districts, and the Hispanic community in the programs of the Department and other agencies;( printed page 51586)

(iv) how to increase public awareness of and generate solutions for the educational and training challenges and equity disparities that Hispanic and Latino students face and the causes of these challenges; and

(v) approaches to establish local and national partnerships with public, private, philanthropic, and nonprofit stakeholders to advance the mission and objectives of this order, consistent with applicable law.

(c) The Commission shall periodically report to the President, through the Secretary and after consulting with the Executive Director, on progress in addressing the mission of the Commission.

(d) The Commission shall consist of not more than 21 members appointed by the President. The Commission may include individuals with relevant experience or subject matter expertise, as well as individuals who may serve as representatives from a variety of sectors, including education (early childhood education, elementary and secondary education, higher education, career and technical education, and adult education), labor organizations, research institutions, public and private philanthropic organizations, private sector, nonprofit, and community-based organizations at the national, State, Tribal, regional, or local levels. Commission members should be able to provide specific insight into the lived experiences of those served by the Initiative, including young adults, and have diversity across the diaspora and the geography of the country.

(i) The President shall designate one member of the Commission to serve as its Chair. The Chair, in consultation with the Executive Director, shall convene regular meetings of the Commission, determine the Commission meeting agenda, and support the work of the Commission, consistent with this order.

(ii) The Commission shall meet on a regular basis, and at least twice a year.

Case 1:26-cv-00983-LTS    Document 1    Filed 02/04/26    Page 66 of 84

2/2/26, 5:07 PM                 Federal Register :: White House Initiative on Advancing Educational Equity, Excellence, and Economic Opportunity for Hispanics

(e) The Department shall provide funding and administrative support for the Commission, to the extent permitted by law and within existing appropriations. Members of the Commission shall serve without compensation but shall be allowed travel expenses, including per diem in lieu of subsistence, as authorized by law for persons serving intermittently in the Government service (5 U.S.C. 5701-5707 (https://www.govinfo.gov/link/uscode/5/5701)). Insofar as the Federal Advisory Committee Act, as amended (5 U.S.C. App.), may apply to the administration of the Commission, any functions of the President under that Act, except that of reporting to the Congress, shall be performed by the Secretary, in accordance with guidelines issued by the Administrator of General Services.

(f) The Commission shall terminate 2 years from the date of this order, unless extended by the President.

**Sec. 4**. *Administrative Provisions.* (a) This order supersedes Executive Order 13935 (/executive-order/13935) of July 9, 2020 (White House Hispanic Prosperity Initiative), which is hereby revoked. To the extent that there are other Executive Orders that may conflict with or overlap with the provisions in this order, the provisions in this order supersede those other Executive Orders on these subjects.

(b) The heads of agencies shall assist and provide information to the Initiative and Commission established in this order, consistent with applicable law, as may be necessary to carry out the functions of the Initiative and Commission.

(c) Each agency shall bear its own expenses of participating in the Initiative established in this order.

**Sec. 5**. *General Provisions.* (a) Nothing in this order shall be construed to impair or otherwise affect:

(i) the authority granted by law to an executive department or agency, or the head thereof; or

(ii) the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.( ) printed page 51587)

(b) This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c) This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

(https://img.federalregister.gov/BIDEN/BIDEN_original_size.png)

THE WHITE HOUSE,
September 13, 2021.

[FR Doc. 2021-20165 (/d/2021-20165)
Filed 9-15-21; 8:45 am]

Billing code 3295-F1-P

PUBLISHED DOCUMENT: 2021-20165 (86 FR 51581)

Case 1:26-cv-00983-LTS    Document 1    Filed 02/04/26    Page 68 of 84

2/2/26, 5:05 PM    Federal Register :: White House Initiative on Advancing Educational Equity, Excellence, and Economic Opportunity Through Historic...

The National Archives and Records Administration is closed to normal operations due to a lack of appropriations. FederalRegister.gov will automatically provide the daily Federal Register and Public Inspection List but we will not provide technical support. The official, published Federal Register is available at https://www.govinfo.gov/app/collection/fr.

LEGAL STATUS

This site displays a prototype of a "Web 2.0" version of the daily Federal Register. It is not an official legal edition of the Federal Register, and does not replace the official print version or the official electronic version on GPO's govinfo.gov.

The documents posted on this site are XML renditions of published Federal Register documents. Each document posted on the site includes a link to the corresponding official PDF file on govinfo.gov. This prototype edition of the daily Federal Register on FederalRegister.gov will remain an unofficial informational resource until the Administrative Committee of the Federal Register (ACFR) issues a regulation granting it official legal status. For complete information about, and access to, our official publications and services, go to About the Federal Register on NARA's archives.gov.

The OFR/GPO partnership is committed to presenting accurate and reliable regulatory information on FederalRegister.gov with the objective of establishing the XML-based Federal Register as an ACFR-sanctioned publication in the future. While every effort has been made to ensure that the material on FederalRegister.gov is accurately displayed, consistent with the official SGML-based PDF version on govinfo.gov, those relying on it for legal research should verify their results against an official edition of the Federal Register. Until the ACFR grants it official status, the XML rendition of the daily Federal Register on FederalRegister.gov does not provide legal notice to the public or judicial notice to the courts.

LEGAL STATUS

# White House Initiative on Advancing Educational Equity, Excellence, and Economic Opportunity Through Historically Black Colleges and Universities

A Presidential Document by the Executive Office of the President on 09/09/2021

PUBLISHED CONTENT - DOCUMENT DETAILS

Agency: Executive Office of the President
Document Citation: 86 FR 50443
Document Number: 2021-19579
Document Type: Presidential Document
Presidential Document Type: Executive Order
EO Citation: EO 14041
Pages: 50443-50447 (5 pages)
Publication Date: 09/09/2021

READER AIDS - EXECUTIVE ORDER DETAILS

Executive order notes are compiled and maintained by the Office of the Federal Register editors.

EO Citation: EO 14041
EO Notes: Supersedes: EO 13779, February 28, 2017
See: EO 14091, February 16, 2023
Revoked by: EO 14283, April 23, 2025

President: Joseph R. Biden, Jr.
Signing Date: September 3, 2021

PUBLISHED DOCUMENT: 2021-19579 (86 FR 50443)

(1 printed page 50443)

Executive Order 14041 (/executive-order/14041) of September 3, 2021

Case 1:26-cv-00983-LTS    Document 1    Filed 02/04/26    Page 69 of 84

2/2/26, 5:05 PM         Federal Register :: White House Initiative on Advancing Educational Equity, Excellence, and Economic Opportunity Through Historic...

# White House Initiative on Advancing Educational Equity, Excellence, and Economic Opportunity Through Historically Black Colleges and Universities

By the authority vested in me as President by the Constitution and the laws of the United States of America, and in order to advance equity in economic and educational opportunities for all Americans, including Black Americans, strengthen the capacity of Historically Black Colleges and Universities (HBCUs) to provide the highest-quality education, increase opportunities for these institutions to participate in and benefit from Federal programs, and ensure that HBCUs can continue to be engines of opportunity, it is hereby ordered as follows:

**Section 1** . *Policy.* HBCUs have a proud history and legacy of achievement. In the face of discrimination against Black Americans by many institutions of higher education, HBCUs created pathways to opportunity and educational excellence for Black students throughout our Nation. That legacy continues. Today, more than 100 HBCUs, located in 19 States, the District of Columbia, and the U.S. Virgin Islands, serve nearly 300,000 students annually. HBCUs vary in size and academic focus and serve a range of diverse students and communities in urban, rural, and suburban settings.

HBCUs play a vital role in providing educational opportunities, scholarly growth, and a sense of community for students. HBCU graduates are barrier-breaking public servants, scientists, artists, lawyers, engineers, educators, business owners, and leaders. For generations, HBCUs have been advancing intergenerational economic mobility for Black families and communities, developing vital academic research, and making our country more prosperous and equitable. HBCUs are proven means of advancement for people of all ethnic, racial, and economic backgrounds, especially Black Americans. HBCUs produce nearly 20 percent of all Black college graduates and 25 percent of Black graduates who earn degrees in the disciplines of science, technology, engineering, and math.

HBCUs' successes have come despite many systemic barriers to accessing resources and opportunities. For example, compared to other higher education institutions, on average HBCUs educate a greater percentage of lower-income, Pell-grant eligible students, while receiving less revenue from tuition and possessing much smaller endowments. Disparities in resources and opportunities for HBCUs and their students remain, and the COVID-19 pandemic has highlighted continuing and new challenges. These challenges include addressing the need for enhanced physical and digital infrastructure in HBCU communities and ensuring equitable funding for HBCUs as compared to other institutions of higher education. The Federal Government must promote a variety of modern solutions for HBCUs, recognizing that HBCUs are not a monolith, and that the opportunities and challenges relevant to HBCUs are as diverse as the institutions themselves and the communities they serve.

It is the policy of my Administration to advance educational equity, excellence, and economic opportunity in partnership with HBCUs, and to ensure that these vital institutions of higher learning have the resources and support to continue to thrive for generations to come. ( printed page 50444)

**Sec. 2** . *White House Initiative on Advancing Educational Equity, Excellence, and Economic Opportunity through Historically Black Colleges and Universities.* (a) In furtherance of the policy set out in section 1 of this order, there is established in the Department of Education (Department), the White House Initiative on Advancing Educational Equity, Excellence, and Economic Opportunity through Historically Black Colleges and Universities (Initiative), led by an Executive Director designated by the President and appointed consistent with applicable law. The Executive Director shall manage the day-to-day operations of the Initiative, in consultation with the Assistant to the President and Director of the White House Office of Public Engagement as appropriate, and coordinate with senior officials across the Executive Office of the President, who shall lend their expertise and advice to the Initiative.

(b) The Initiative, in coordination with senior officials across the Executive Office of the President, shall provide advice to the President on advancing equity, excellence, and opportunity at HBCUs and for the communities they principally serve by coordinating a Government-wide policymaking effort to eliminate barriers HBCUs face in providing the highest-quality education to a growing number of students. The Initiative's recommendations shall include advice on advancing policies, programs, and initiatives that further the policy set out in section 1 of this order.

(i) To support implementation of this Government-wide approach to breaking down systemic barriers for HBCU participation in Federal Government programs, the Director of the Office of Management and Budget and the Assistant to the President for Domestic Policy shall coordinate closely with the Secretary of Education (Secretary), the Assistant to the President and Director of the White House Office of Public Engagement, the Executive Director, and the Chair of the President's Board of Advisors on HBCUs (as established in section 3 of this order) to ensure that the needs and voices of HBCUs, their faculty, staff, students, alumni, and the communities they principally serve are considered in the efforts of my Administration to advance educational equity, excellence, and opportunity.

(ii) The Initiative shall also perform the following specific functions:

(A) supporting implementation of the HBCU Propelling Agency Relationships Towards a New Era of Results for Students Act (Public Law 116-270 (https://www.govinfo.gov/link/plaw/116/public/270)) (PARTNERS Act);

(B) working closely with the Executive Office of the President on key Administration priorities related to advancing educational equity, excellence, and economic opportunity through HBCUs, in partnership with HBCU leaders, representatives, students, and alumni;

(C) working to break down barriers and expand pathways for HBCUs to access Federal funding and programs, particularly in areas of research and development, innovation, and financial and other support to students;

(D) strengthening the capacity of HBCUs to participate in Federal programs, access Federal resources, including grants and procurement opportunities, and partner with Federal agencies;

(E) advancing and coordinating efforts to ensure that HBCUs can respond to and recover from the COVID-19 pandemic and thoroughly support students' holistic recovery, from academic engagement to social and emotional wellbeing;

(F) developing new and expanding pre-existing national networks of individuals, organizations, and communities to share and implement administrative and programmatic best practices related to advancing educational equity, excellence, and opportunity at HBCUs;

(G) fostering sustainable public-private and philanthropic partnerships as well as private-sector initiatives to promote centers of academic research and program excellence at HBCUs; (1 printed page 50445)

(H) strengthening capacity to improve the availability, dissemination, and quality of information about HBCUs and HBCU students for the American public;

(I) partnering with private entities, elementary and secondary education providers, and other stakeholders to build a pipeline for students that may be interested in attending HBCUs, facilitate HBCU modernization, address college affordability, and promote degree attainment;

Case 1:26-cv-00983-LTS    Document 1    Filed 02/04/26    Page 71 of 84

2/2/26, 5:05 PM                    Federal Register :: White House Initiative on Advancing Educational Equity, Excellence, and Economic Opportunity Through Historic...

(J) addressing efforts to promote student success and retention, including college affordability, degree attainment, campus modernization and infrastructure improvements, and the development of a student recognition program for high-achieving HBCU students;

(K) encouraging the development of highly qualified, diverse, culturally responsive educators and administrators reflective of a variety of communities and backgrounds in order to ensure that students have access to educators and administrators who celebrate, cultivate, and comprehend the lived experiences of HBCU students and effectively meet their learning, social, and emotional needs;

(L) establishing clear plans to strengthen Federal recruitment activities at HBCUs to build accessible and equitable pathways into Federal service and talent programs;

(M) meeting regularly with HBCU students, leaders, and representatives to address matters related to the Initiative's mission and functions; and

(N) hosting the National HBCU Week Conference, for HBCU executive leaders, faculty, students, alumni, supporters, and other stakeholders to share information, innovative educational tools and resources, student success models, and ideas for Federal engagement.

(c) The head of each "applicable agency," as defined in section 3(1) of the PARTNERS Act, shall submit to the Secretary, the Executive Director, the Committee on Health, Education, Labor, and Pensions of the Senate, the Committee on Education and Labor of the House of Representatives, and the President's Board of Advisors on HBCUs (as established in section 3 of this order) an Agency Plan, not later than February 1 of each year, describing efforts to strengthen the capacity of HBCUs to participate or be eligible to participate in the programs and initiatives under the jurisdiction of such applicable agency. The Agency Plans shall meet the requirements established in section 4(d) of the PARTNERS Act.

(i) In addition, the Agency Plan shall specifically address any changes to agency policies and practices that the agency deems necessary or appropriate to ensure that barriers to participation are addressed and removed. Each Agency Plan shall include details on grant and contract funding provided to HBCUs and, where the agency deems necessary or appropriate, describe plans to address disparities in furtherance of the objectives of this order.

(ii) The Executive Director shall monitor and evaluate each agency's progress towards the goals established in its Agency Plan and shall coordinate with each agency to ensure that its Agency Plan includes measurable and action-oriented goals.

(d) There is established an Interagency Working Group, which shall be chaired by the Executive Director and composed of liaisons and representatives designated by the heads of each applicable agency as defined in the PARTNERS Act to help advance and coordinate the work required by this order. Additional members of the Interagency Working Group shall include senior officials from the Office of the Vice President, the White House Domestic Policy Council, the White House Gender Policy Council, the Office of Management and Budget, the White House Office of Science and Technology Policy, the White House Office of Public Engagement, and representatives of other components of the Executive Office of the President, as the Executive Director, in consultation with the Secretary and the Assistant to the President and Director of the White House Office of Public Engagement, ([] printed page 50446) considers appropriate. The Interagency Working Group shall collaborate regarding resources and opportunities available across the Federal Government to increase educational equity and opportunities for HBCUs. The Executive Director may establish subgroups of the Interagency Working Group.

(e) The Department shall provide funding and administrative support for the Initiative and the Interagency Working Group, to the extent permitted by law and within existing appropriations. To the extent permitted by law, including the Economy Act (31 U.S.C. 1535 (https://www.govinfo.gov/link/uscode/31/1535)), and subject to the availability of appropriations, other agencies and offices represented on the Interagency Working Group may detail personnel to the Initiative, to assist the Department in meeting the objectives of this order.

(f) To advance shared priorities and policies that advance equity and economic opportunity for underserved communities, the Initiative shall collaborate and coordinate with other White House Initiatives related to equity and economic opportunity.

(g) On an annual basis, the Executive Director shall report to the President through the Secretary, with the support and consultation of the Assistant to the President and Director of the White House Office of Public Engagement as appropriate, on the Initiative's progress in carrying out its mission and function under this order.

Sec. 3 . *President's Board of Advisors on Historically Black Colleges and Universities.* (a) There is established in the Department the President's Board of Advisors on Historically Black Colleges and Universities (Board). The Board shall fulfill the mission and functions established in section 5(c) of the PARTNERS Act. The Board shall include sitting HBCU presidents as well as leaders from a variety of sectors, including education, philanthropy, business, finance, entrepreneurship, innovation, science and technology, and private foundations.

(b) The President shall designate one member of the Board to serve as its Chair, and may designate another member of the Board to serve as Vice Chair. The Department shall provide funding and administrative support for the Board to the extent permitted by law and within existing appropriations.

(c) The Board shall be composed of not more than 21 members appointed by the President. The Secretary of Education and Executive Director of the Initiative or their designees shall serve as ex officio members.

(d) Insofar as the Federal Advisory Committee Act, as amended (5 U.S.C. App.), may apply to the Board, any functions of the President under that Act, except that of reporting to the Congress, shall be performed by the Chair, in accordance with guidelines issued by the Administrator of General Services.

(e) Members of the Board shall serve without compensation, but may receive travel expenses, including per diem in lieu of subsistence, as authorized by law for persons serving intermittently in the Government service (5 U.S.C. 5701-5707 (https://www.govinfo.gov/link/uscode/5/5701)).

Sec. 4 . *Administrative Provisions.* (a) This order supersedes Executive Order 13779 (/executive-order/13779) of February 28, 2017 (White House Initiative To Promote Excellence and Innovation at Historically Black Colleges and Universities), which is hereby revoked. To the extent that there are other Executive Orders that may conflict with or overlap with the provisions in this order, the provisions in this order supersede those prior Executive Orders on these subjects.

(b) As used in this order, the terms "Historically Black Colleges and Universities" and "HBCUs" shall mean those institutions listed in 34 C.F.R. 608.2 (https://www.ecfr.gov/current/title-34/section-608.2).

(c) The heads of executive departments and agencies shall assist and provide information to the Initiative and Board established in this order, consistent with applicable law, as may be necessary to carry out the functions of the Initiative and the Board. ( printed page 50447)

Case 1:26-cv-00983-LTS    Document 1    Filed 02/04/26    Page 73 of 84

2/2/26, 5:05 PM    Federal Register :: White House Initiative on Advancing Educational Equity, Excellence, and Economic Opportunity Through Historic...

(d) Each executive department and agency shall bear its own expenses of participating in the Initiative established in this order.

**Sec. 5** . *General Provisions.* (a) Nothing in this order shall be construed to impair or otherwise affect:

(i) the authority granted by law to an executive department or agency, or the head thereof; or

(ii) the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b) This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c) This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

(https://img.federalregister.gov/BIDEN/BIDEN_original_size.png)

THE WHITE HOUSE,
September 3, 2021.

[FR Doc. 2021-19579 (/d/2021-19579)
Filed 9-8-21; 8:45 am]

Billing code 3295-F1-P

PUBLISHED DOCUMENT: 2021-19579 (86 FR 50443)

The National Archives and Records Administration is closed to normal operations due to a lack of appropriations. FederalRegister.gov will automatically provide the daily Federal Register and Public Inspection List but we will not provide technical support. The official, published Federal Register is available at https://www.govinfo.gov/app/collection/fr.

LEGAL STATUS

This site displays a prototype of a "Web 2.0" version of the daily Federal Register. It is not an official legal edition of the Federal Register, and does not replace the official print version or the official electronic version on GPO's govinfo.gov.

The documents posted on this site are XML renditions of published Federal Register documents. Each document posted on the site includes a link to the corresponding official PDF file on govinfo.gov. This prototype edition of the daily Federal Register on FederalRegister.gov will remain an unofficial informational resource until the Administrative Committee of the Federal Register (ACFR) issues a regulation granting it official legal status. For complete information about, and access to, our official publications and services, go to About the Federal Register on NARA's archives.gov.

The OFR/GPO partnership is committed to presenting accurate and reliable regulatory information on FederalRegister.gov with the objective of establishing the XML-based Federal Register as an ACFR-sanctioned publication in the future. While every effort has been made to ensure that the material on FederalRegister.gov is accurately displayed, consistent with the official SGML-based PDF version on govinfo.gov, those relying on it for legal research should verify their results against an official edition of the Federal Register. Until the ACFR grants it official status, the XML rendition of the daily Federal Register on FederalRegister.gov does not provide legal notice to the public or judicial notice to the courts.

LEGAL STATUS

# Establishment of Interagency Task Force on the Reunification of Families

A Presidential Document by the Executive Office of the President on 02/05/2021

## PUBLISHED CONTENT - DOCUMENT DETAILS

**Agency:** Executive Office of the President
**Document Citation:** 86 FR 8273
**Document Number:** 2021-02562
**Document Type:** Presidential Document
**Presidential Document Type:** Executive Order
**EO Citation:** EO 14011
**Pages:** 8273-8275 (3 pages)
**Publication Date:** 02/05/2021

## READER AIDS - EXECUTIVE ORDER DETAILS

Executive order notes are compiled and maintained by the Office of the Federal Register editors.

**EO Citation:** EO 14011
**EO Notes:** Revokes: EO 13841, June 20, 2018
Revoked by: EO 14148, January 20, 2025; EO 14159, January 20, 2025

**President:** Joseph R. Biden, Jr.
**Signing Date:** February 2, 2021

## PUBLISHED DOCUMENT: 2021-02562 (86 FR 8273)

(▯ printed page 8273)

Executive Order 14011 (/executive-order/14011) of February 2, 2021

### Establishment of Interagency Task Force on the Reunification of Families

By the authority vested in me as President by the Constitution and the laws of the United States of America, and in order to reunite children separated from their families at the United States-Mexico border, it is hereby ordered as follows:

**Section 1** . *Policy.* It is the policy of my Administration to respect and value the integrity of families seeking to enter the United States. My Administration condemns the human tragedy that occurred when our immigration laws were used to intentionally separate children from their parents or legal guardians (families), including through the use of the Zero-Tolerance Policy. My Administration will protect family unity and ensure that children entering the United States are not separated from their families, except in the most extreme circumstances where a separation is clearly necessary for the safety and well-being of the child or is required by law.

**Sec. 2** . *Establishment.* There is hereby established an Interagency Task Force on the Reunification of Families (Task Force).

**Sec. 3** . *Membership.* (a) The Task Force shall include the following members or their designees:

(i) the Secretary of Homeland Security, who shall serve as Chair;

(ii) the Secretary of State, who shall serve as a Vice Chair;

(iii) the Secretary of Health and Human Services, who shall serve as a Vice Chair;

(iv) the Attorney General;

(v) such other officers or employees of the Departments of State, Justice, Health and Human Services, and Homeland Security, as the head of each respective department may designate; and

(vi) such other officers or employees of executive departments and agencies (agencies) as the Chair or Vice Chairs may invite to participate, with the concurrence of the head of the agency concerned.

(b) The Chair shall convene and preside at meetings of the Task Force. The Chair, in consultation with the Vice Chairs, shall direct its work and, as appropriate, establish and direct subgroups of the Task Force.

**Sec. 4** . *Functions.* The Task Force shall, consistent with applicable law, perform the following functions:

(a) Identifying all children who were separated from their families at the United States-Mexico border between January 20, 2017, and January 20, 2021, in connection with the operation of the Zero-Tolerance Policy;

(b) To the greatest extent possible, facilitating and enabling the reunification of each of the identified children with their families by:

(i) providing recommendations to heads of agencies concerning the exercise of any agency authorities necessary to reunite the children with their families, including:

(A) recommendations regarding the possible exercise of parole under section 212(d)(5)(A) of the Immigration and Nationality Act of 1952, as amended (8 U.S.C. 1182(d)(5)(A) (https://www.govinfo.gov/link/uscode/8/1182)), or the issuance of visas or other immigration benefits, as appropriate and consistent with applicable law; ([ ] printed page 8274)

(B) recommendations regarding the provision of additional services and support to the children and their families, including trauma and mental health services; and

(C) recommendations regarding reunification of any additional family members of the children who were separated, such as siblings, where there is a compelling humanitarian interest in doing so;

(ii) providing recommendations to the President concerning the exercise of any Presidential authorities necessary to reunite the children with their families, as appropriate and consistent with applicable law; and

(iii) for purposes of developing the recommendations described in this subsection, and in particular with respect to recommendations regarding the manner and location of reunification, consulting with the children, their families, representatives of the children and their families, and other stakeholders, and considering the families' preferences and parental rights as well as the children's well-being; and

(c) Providing regular reports to the President, including:

(i) an initial progress report no later than 120 days after the date of this order;

(ii) interim progress reports every 60 days thereafter;

(iii) a report containing recommendations to ensure that the Federal Government will not repeat the policies and practices leading to the separation of families at the border, no later than 1 year after the date of this order; and

(iv) a final report when the Task Force has completed its mission.

**Sec. 5** . *Task Force Administration.* (a) To the extent permitted by law, and subject to the availability of appropriations, the Department of Homeland Security shall provide the funding and administrative support the Task Force needs to implement this order, as determined by the Secretary of Homeland Security.

(b) To the extent permitted by law, including the Economy Act (31 U.S.C. 1535 (https://www.govinfo.gov/link/uscode/31/1535)), and subject to the availability of appropriations, additional agencies represented on the Task Force may detail staff to the Task Force, or otherwise provide administrative support, as necessary to implement this order, as determined by the respective heads of agencies.

(c) The Task Force shall coordinate, as appropriate and consistent with applicable law, with relevant stakeholders, including domestic and international non-governmental organizations, and representatives of the children and their families.

(d) The Task Force, at the direction of the Chair, may hold public meetings and engagement sessions as necessary to carry out its mission.

(e) The Task Force shall terminate 30 days after it provides its final report to the President under section 4(c)(iv) of this order.

**Sec. 6** . *Revocation of Executive Order 13841 (/executive-order/13841).* Executive Order 13841 (/executive-order/13841) of June 20, 2018 (Affording Congress an Opportunity To Address Family Separation), is hereby revoked.

**Sec. 7** . *Definitions.* For purposes of this order:

(a) The term "children" includes all persons who were under the age of 18 at the time they were separated from their families at the border.

(b) The term "Zero-Tolerance Policy" means the policy discussed in the Attorney General's memorandum of April 6, 2018, entitled, "Zero-Tolerance for Offenses Under 8 U.S.C. 1325(a) (https://www.govinfo.gov/link/uscode/8/1325)," and any other related policy, program, practice, or initiative resulting in the separation of children from their families at the United States-Mexico border.

Sec. 8 . *General Provisions.* (a) Nothing in this order shall be construed to impair or otherwise affect:

(i) the authority granted by law to an executive department or agency, or the head thereof; or ( printed page 8275)

(ii) the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b) This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c) This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

(https://img.federalregister.gov/BIDEN/BIDEN_original_size.png)

THE WHITE HOUSE,
February 2, 2021.

[FR Doc. 2021-02562 (/d/2021-02562)
Filed 2-4-21; 8:45 am]

Billing code 3295-F1-P

PUBLISHED DOCUMENT: 2021-02562 (86 FR 8273)

Case 1:26-cv-00983-LTS    Document 1    Filed 02/04/26    Page 78 of 84

2/2/26, 5:08 PM    Federal Register :: White House Initiative on Advancing Educational Equity, Excellence, and Economic Opportunity for Native Americ...

The National Archives and Records Administration is closed to normal operations due to a lack of appropriations. FederalRegister.gov will automatically provide the daily Federal Register and Public Inspection List but we will not provide technical support. The official, published Federal Register is available at https://www.govinfo.gov/app/collection/fr.

LEGAL STATUS

This site displays a prototype of a "Web 2.0" version of the daily Federal Register. It is not an official legal edition of the Federal Register, and does not replace the official print version or the official electronic version on GPO's govinfo.gov.

The documents posted on this site are XML renditions of published Federal Register documents. Each document posted on the site includes a link to the corresponding official PDF file on govinfo.gov. This prototype edition of the daily Federal Register on FederalRegister.gov will remain an unofficial informational resource until the Administrative Committee of the Federal Register (ACFR) issues a regulation granting it official legal status. For complete information about, and access to, our official publications and services, go to About the Federal Register on NARA's archives.gov.

The OFR/GPO partnership is committed to presenting accurate and reliable regulatory information on FederalRegister.gov with the objective of establishing the XML-based Federal Register as an ACFR-sanctioned publication in the future. While every effort has been made to ensure that the material on FederalRegister.gov is accurately displayed, consistent with the official SGML-based PDF version on govinfo.gov, those relying on it for legal research should verify their results against an official edition of the Federal Register. Until the ACFR grants it official status, the XML rendition of the daily Federal Register on FederalRegister.gov does not provide legal notice to the public or judicial notice to the courts.

LEGAL STATUS

# White House Initiative on Advancing Educational Equity, Excellence, and Economic Opportunity for Native Americans and Strengthening Tribal Colleges and Universities

A Presidential Document by the Executive Office of the President on 10/14/2021

PUBLISHED CONTENT - DOCUMENT DETAILS

**Agency:** Executive Office of the President
**Document Citation:** 86 FR 57313
**Document Number:** 2021-22588
**Document Type:** Presidential Document
**Presidential Document Type:** Executive Order
**EO Citation:** EO 14049
**Pages:** 57313-57318 (6 pages)
**Publication Date:** 10/14/2021

READER AIDS - EXECUTIVE ORDER DETAILS

Executive order notes are compiled and maintained by the Office of the Federal Register editors.

**EO Citation:** EO 14049
**EO Notes:** Supersedes: EO 13592, December 2, 2011
See: EO 13647, June 26, 2013; EO 14091, February 16, 2023
Revoked by: EO 14148, January 20, 2025

**President:** Joseph R. Biden, Jr.
**Signing Date:** October 11, 2021

PUBLISHED DOCUMENT: 2021-22588 (86 FR 57313)

(1 printed page 57313)

Executive Order 14049 (/executive-order/14049) of October 11, 2021

Case 1:26-cv-00983-LTS    Document 1    Filed 02/04/26    Page 79 of 84

2/2/26, 5:08 PM          Federal Register :: White House Initiative on Advancing Educational Equity, Excellence, and Economic Opportunity for Native Americ...

# White House Initiative on Advancing Educational Equity, Excellence, and Economic Opportunity for Native Americans and Strengthening Tribal Colleges and Universities

By the authority vested in me as President by the Constitution and the laws of the United States of America, it is hereby ordered as follows:

**Section 1** . *Policy.* The United States has a unique political and legal relationship with federally recognized Tribal Nations, as set forth in the Constitution of the United States, statutes, treaties, Executive Orders, and court decisions. The Federal Government is committed to protecting the rights and ensuring the well-being of Tribal Nations while respecting Tribal sovereignty and inherent rights of self-determination. In recognition of that commitment and to fulfill the solemn obligations it entails, executive departments and agencies (agencies) must help advance educational equity, excellence, and economic opportunity for Native American students, whether they attend public schools in urban, suburban, or rural communities; are homeschooled; attend primary and secondary schools operated or funded by the Bureau of Indian Education (BIE) of the Department of the Interior; or attend postsecondary educational institutions, including Tribal Colleges and Universities (TCUs).

For more than a century, the United States imposed educational policies designed to assimilate Native peoples into predominant United States culture that devastated Native American students and their families. Beginning with the Indian Civilization Act of 1819, the United States enacted laws and implemented policies establishing and supporting Indian boarding schools across the Nation. From 1871 onward, federally run Indian boarding schools were used to culturally assimilate Native American children who were forcibly removed from their families and communities and relocated to distant residential facilities where their Native identities, languages, traditions, and beliefs were forcibly suppressed. The conditions in these schools were usually harsh, and sometimes abusive and deadly. Although these policies have ended, their effects and resulting trauma reverberate in Native American communities even today, creating specific challenges that merit Federal attention and response.

During the global COVID-19 pandemic, Tribal Nations raced to protect Tribal members and their way of life. Tribal elders are often the keepers of Tribal culture and are critical for the preservation of Native languages, as the vitality of Native culture is inseparably tied to Native languages. Accordingly, my Administration is committed to supporting preservation and revitalization of Native languages. This includes honoring the vibrancy, importance, and strength of Native languages and the traditions, values, and cultural practices that accompany them.

In addition, the COVID-19 pandemic has amplified long-standing educational inequities that disproportionately affect Native American communities and burden Native American students. In particular, Native American children face significant learning disruption as the digital divide and lack of educational resources put remote learning out of reach for too many. Native American students experienced the greatest decline in undergraduate enrollment in higher education from 2020 to 2021 compared to other student groups. These inequities compound the effects of other disparities faced by Native American women and girls in particular. The spike in gender- (☐ printed page 57314) based violence during the COVID-19 pandemic has intensified safety concerns for Native American women and girls, who were already victimized at higher rates than other women in the United States.

The Federal Government must put strong focus on early childhood and K-12 educational opportunities. These are important to developing and strengthening Native American communities, and they set the stage for educational advancement and career development, including opportunities to attend TCUs.

TCUs also merit focused attention, as these institutions are integral and essential to Tribal communities. Their foundation, tradition, and mission are unique, and their cultural grounding is invaluable to providing high-quality education and successful outcomes for Native American students. TCUs fulfill a vital role in maintaining and preserving irreplaceable

Native languages and cultural traditions; in promoting excellence in Native American education from early childhood through primary and secondary education, into postsecondary education, and throughout graduates' careers; in offering an entry point for a career in academia, strong technical and trade school opportunities, job training, and other career-building programs to Native Americans; and in supporting Tribal economic development efforts by building and strengthening a highly skilled Native American workforce. Often, they are the only postsecondary institutions within some of our Nation's most economically disadvantaged and rural areas. As a result, TCUs provide crucial employment opportunities and services in communities that continue to suffer high rates of unemployment and resulting social and economic distress. The Federal Government therefore reaffirms and strengthens our commitment to Native American communities by investing in TCUs to support their continued growth and success.

It is the policy of my Administration to advance equity, excellence, and justice in our Nation's education system and to further Tribal self-governance, including by supporting activities that expand educational opportunities and improve educational outcomes for all Native American students. My Administration will help expand opportunities for Native American students to learn their Native languages, histories, and cultural practices; promote indigenous learning through the use of traditional ecological knowledge; and enhance access to complete and competitive educations that prepare Native American students for college, careers, and productive and satisfying lives. This includes supporting educational opportunities for students attending TCUs, given the unique advantages those institutions provide. My Administration is further committed to ensuring all Native American students have the ability to pursue careers that provide economic security for themselves and their families, including Native American women, who currently, on average, earn just 60 cents to every dollar earned by White men. To these ends, my Administration will collaborate with Tribal Nations to collect better data on educational attainment gaps faced by Native American students to help deepen understanding of these gaps, including barriers to workforce participation, and inform solutions.

Sec. 2 . *White House Initiative on Advancing Educational Equity, Excellence, and Economic Opportunity for Native Americans and Strengthening Tribal Colleges and Universities.* (a) To advance equity in our Nation's schools, to promote the economic opportunity that follows it, and to fulfill our commitment to furthering Tribal sovereignty, there is established in the Department of Education the White House Initiative on Advancing Educational Equity, Excellence, and Economic Opportunity for Native Americans and Strengthening Tribal Colleges and Universities (Initiative), of which the Secretary of Education, the Secretary of the Interior, and the Secretary of Labor shall serve as Co-Chairs. The Secretary of Education shall, in consultation with the other Co-Chairs of the Initiative, designate an Executive Director for the Initiative (Executive Director). The Executive Director shall co-chair the Education Committee of the White House Council on Native ( printed page 57315) American Affairs (WHCNAA), established by Executive Order 13647 (/executive-order/13647) of June 26, 2013 (Establishing the White House Council on Native American Affairs).

(b) The Initiative shall consult and collaborate with Tribal Nations; Alaska Native Entities; TCUs; and State, Tribal, and local educational departments and agencies to advance educational equity, excellence, and economic opportunity for Native Americans by focusing on the following policy goals:

(i) increasing the understanding of systemic causes of educational challenges faced by Native American students and working across agencies to address those challenges;

(ii) supporting and improving data collection related to Native American students and the implementation of evidence-based strategies to increase the participation and success of Native American students in all levels of education and prepare them for careers and civic engagement;

Case 1:26-cv-00983-LTS    Document 1    Filed 02/04/26    Page 81 of 84

2/2/26, 5:08 PM          Federal Register :: White House Initiative on Advancing Educational Equity, Excellence, and Economic Opportunity for Native Americ…

(iii) increasing the percentage of Native American children and families who participate in high-quality early childhood programs and services that promote healthy development and learning, prepare Native American children for success in school, and affirm the cultural and linguistic identity of Native American children;

(iv) ensuring that all Native American students have access to excellent teachers, school leaders, and other professionals, including by supporting efforts to improve the recruitment, preparation, development, and retention of qualified, diverse teachers, school leaders, and other professionals who understand Native American students' lived experiences and can effectively meet their students' academic, social, and emotional needs, particularly in partnership with TCUs;

(v) breaking down barriers that impede the access of higher education institutions that serve Native American students, such as TCUs, to Federal funding, and strengthening the capacity of those institutions to participate in Federal programs and partnerships;

(vi) ensuring that the unique indigenous, cultural, educational, traditional ecological knowledge, and Native language needs of Native American students are met;

(vii) exploring policies to expand and support career and technical education, job training, and other career-building programs for Native American students and workers; and

(viii) furthering Tribal sovereignty by supporting efforts to build the capacity of Tribal educational agencies and TCUs to provide high-quality education services to Native American students.

(c) In working to fulfill its mission and objectives, the Initiative shall, consistent with applicable law:

(i) engage in regular, meaningful, and robust consultation with Tribal Nations regarding Native American education and related issues, in accordance with the Presidential Memorandum of January 26, 2021 (Tribal Consultation and Strengthening Nation-to-Nation Relationships);

(ii) identify and promote evidence-based best practices that can provide Native American students with a rigorous and well-rounded education in safe and healthy environments, as well as access to support services, that will improve their educational, professional, economic, and civic opportunities;

(iii) advance and coordinate efforts to ensure equitable opportunities for Native American students in the wake of the COVID-19 pandemic, including recovering learning losses and addressing other challenges—academic, financial, social, emotional, mental health, or career development—brought on or exacerbated by the COVID-19 pandemic;

(iv) encourage and develop Federal partnerships with public, private, philanthropic, and nonprofit entities to improve access to educational equity, excellence, and economic opportunity for Native Americans; (  printed page 57316)

(v) monitor and support the development, implementation, and coordination of Federal Government educational, workforce, research, and business development policies, programs, and technical assistance designed to improve outcomes for Native Americans;

(vi) create opportunities for strategic partnerships among agencies and work closely with the Executive Office of the President on key Administration priorities related to Native Americans;

(vii) serve as a liaison with other agencies on Native American issues, advise those agencies on how they might help to promote Native American educational opportunities, and track their success in doing so; and

(a) In addition to and consistent with the duties set forth in section 6141(b)(1) of the ESEA, the NACIE shall, in consultation with the Initiative, advise the Co-Chairs of the Initiative on:

(i) what is needed for the development, implementation, and coordination of educational programs and initiatives to improve educational opportunities and outcomes for Native Americans;

(ii) how to promote career pathways for in-demand jobs for Native American students, including registered apprenticeships as well as internships, fellowships, mentorships, and work-based learning initiatives;

(iii) ways to strengthen TCUs and increase their participation in agency programs;

(iv) how to increase public awareness of and generate solutions for the educational and training challenges and equity disparities that Native American students face and the causes of these challenges and disparities;

(v) approaches to establish local and national partnerships with public, private, philanthropic, and nonprofit stakeholders to advance the policy set forth in section 1 of this order, consistent with applicable law; and

(vi) actions for promoting, improving, and expanding educational opportunities for Native languages, traditions, and practices to be sustained through culturally responsive education.

(b) The NACIE and the Executive Director shall, as appropriate and consistent with applicable law, facilitate frequent collaborations between the Initiative and Tribal Nations, Alaska Native Entities, and other Tribal organizations.

(c) The Executive Director shall, in consultation with the NACIE, address the NACIE's efforts pursuant to subsection (a) of this section in the annual report of the Initiative submitted to the President.

(d) The Department of Education shall provide staff support for the NACIE.

Sec. 4 . *Administrative Provisions.* (a) In carrying out this order, the Secretary of the Interior, the Secretary of Labor, and the Secretary of Education shall study, collect information, and publish reports on the education of Native American students.

(b) This order supersedes Executive Order 13592 (/executive-order/13592) of December 2, 2011 (Improving American Indian and Alaska Native Educational Opportunities and Strengthening Tribal Colleges and Universities), which is revoked. To the extent that there are other Executive Orders that may conflict with or overlap with the provisions in this order, the provisions in this order shall supersede those other Executive Orders on these subjects.

(c) The heads of agencies shall assist and provide information to the Initiative, consistent with applicable law, as may be necessary to carry out the functions of the Initiative.

(d) Each agency shall bear its own expenses of participating in the Initiative.

Sec. 5 . *Definitions.* For the purposes of this order:

(a) "Tribal Nation" means an American Indian or Alaska Native tribe, band, nation, pueblo, village, or community that the Secretary of the Interior acknowledges as a federally recognized tribe pursuant to the Federally Recognized Indian Tribe List Act of 1994, 25 U.S.C. 5130 (https://www.govinfo.gov/link/uscode/25/5130), 5131 (https://www.govinfo.gov/link/uscode/25/5131). (‌ printed page 57318)

Case 1:26-cv-00983-LTS    Document 1    Filed 02/04/26    Page 83 of 84

2/2/26, 5:08 PM    Federal Register :: White House Initiative on Advancing Educational Equity, Excellence, and Economic Opportunity for Native Americ…

(b) "Alaska Native Entities" includes "Alaska Native Corporations," which refer to village and regional Alaska Native corporations organized in accordance with the Alaska Native Claims Settlement Act (ANCSA), as amended, 43 U.S.C. 1601 (https://www.govinfo.gov/link/uscode/43/1601), et seq., and the 12 regional nonprofit associations identified under section 7 of ANCSA, 43 U.S.C. 1606 (https://www.govinfo.gov/link/uscode/43/1606), that provide many social services for Alaska Natives, including those related to education.

(c) "Native American" and "Native" mean members of one or more Tribal Nations.

(d) "Public school" means a Head Start center or a prekindergarten, elementary, or secondary school that is predominantly funded through the Federal Government, a State, a local educational agency, a Tribal Nation government, or an Alaska Native Entity, including a school operated directly by, through a contract with, or a grant from the BIE, a Tribal Nation, or a State, county, or local government.

(e) "Tribal Colleges and Universities" means those institutions that are chartered under the sovereign authority of their respective Tribal Nation or by the Federal Government and that: qualify for funding under the Tribally Controlled Colleges and Universities Assistance Act of 1978, 25 U.S.C. 1801 (https://www.govinfo.gov/link/uscode/25/1801), et seq., or the Navajo Community College Assistance Act of 1978, 25 U.S.C. 640a note (https://www.govinfo.gov/link/uscode/25/640a); or are listed in section 532 of the Equity in Educational Land-Grant Status Act of 1994, 7 U.S.C. 301 note (https://www.govinfo.gov/link/uscode/7/301).

**Sec. 6** . *General Provisions.* (a) Nothing in this order shall be construed to impair or otherwise affect:

(i) the authority granted by law to an executive department or agency, or the head thereof; or

(ii) the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b) This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c) This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

(https://img.federalregister.gov/BIDEN/BIDEN_original_size.png)

THE WHITE HOUSE,
October 11, 2021.

[FR Doc. 2021-22588 (/d/2021-22588)
Filed 10-13-21; 11:15 am]

Billing code 3395-F2-P

PUBLISHED DOCUMENT: 2021-22588 (86 FR 57313)

Case 1:26-cv-00983-LTS    Document 1    Filed 02/04/26    Page 84 of 84

2/2/26, 5:08 PM    Federal Register :: White House Initiative on Advancing Educational Equity, Excellence, and Economic Opportunity for Native Americ…