UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLITA BLANCO,

                    Plaintiff,

        -against-

HUD AUTHORITY,

                    Defendant.

26-CV-0983 (LTS)

BAR ORDER UNDER
28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff filed this action *pro se*. On March 23, 2026, the Court dismissed the action as frivolous, noted that Plaintiff had filed ten other cases dismissed as frivolous, and ordered Plaintiff, within thirty days, to show cause by declaration why she should not be barred from filing further actions *in forma pauperis* ("IFP") in this Court without prior permission. Plaintiff filed a declaration on March 31, 2026, but her arguments against imposing the bar order are insufficient. Accordingly, the bar order will issue.

## CONCLUSION

The Court hereby bars Plaintiff from filing future civil actions IFP in this court without first obtaining from the court leave to file. *See* 28 U.S.C. § 1651. Plaintiff must attach a copy of her proposed complaint and a copy of this order to any motion seeking leave to file. The motion must be filed with the Pro Se Intake Unit of this court. If Plaintiff violates this order and files an action without submitting a proposed complaint and a motion for leave to file the proposed complaint, the action will be dismissed for failure to comply with this order.

The Clerk of Court is directed to close this action and terminate any motions in this case.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

2

SO ORDERED.

Dated:    May 11, 2026
          New York, New York

                                                    /s/ Laura Taylor Swain
                                        _____
                                                   LAURA TAYLOR SWAIN
                                            Chief United States District Judge